# IN THE U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MITCH TAEBEL

V

TAYLOR SWIFT

Case No. CV24-2669

FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2024
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

## COMPLAINT

Plaintiff is a Celebrity TV Host Comedian Actor Speaker Published Author SAG-AFTRA Union Member IGFA World Record Holder Award Winning Political Film Director Award Winning Film Director Semester at Sea Alumni College Graduate and Presidential Candidate who was Framed for sending threatening messages to Taylor Swift and her employees on Instagram before all charges were Dropped. Respondent may be guilty of kidnapping conspiracy fraud malicious prosecution and torture by intentional infliction of severe mental pain and suffering as described under Section 2340A of Title 18 of United States Code. Respondent Joe Biden See Taebel v Biden 2:24CV66 is also most likely guilty of the aforementioned crimes and Responsible for Preventing the Eras Tour from Becoming the Greatest Entertainment Presidential Campaign of all time. On June 2nd 2023 approximately twenty United States employees came to Plaintiff's House on fraudulent allegations kidnapped him searched his family lake house and took many items belonging to Plaintiff. How could the U.S. Government Not know or figure out that Plaintiff didn't send those messages they likely did which

contributed to the Dismissal in the Interest of Justice. Plaintiff Should have been able to make a Press Statement. The SAG-AFTRA Union should be Happy to Start an Online Petition to charge any public official for Torture responsible for any post arrest detainment of a SAG-AFTRA Union Member and the Media should be More than Willing Broadcast the Petition on TV Radio and Online. Plaintiff is the Greatest Speaker on Earth there are Ten Videos of Plaintiff's Stand-Up Performances in the Media Disc Exhibits and one Video of Plaintiff Speaking at one of The Long Beach Town Council Meetings. Plaintiff is the Prince of America Plaintiff is Funnier, Better Looking And Smarter than Prince Charles of England who Dr Taylor Swift met on Camera in England in front of the Press and whom she thought was supposed to Marry before ever meeting the Video is on YouTube. Plaintiff is Related to Royalty on both sides of his family anyone can hire a genealogist to confirm this. This kidnapping we have confirmed got over 50 Television Broadcasts across the Country after speaking with Metro Monitor News and Media Tracker who ran a Report including National Broadcasts it was on CNN, Fox News, ABC News, Fox32 Chicago, ABC7 Chicago, Fox10 News Phoenix, WGN Chicago, WTHR Indianapolis, Telecino5 Spain, WNDU South Bend, ABC57 South Bend, WSBT Mishawaka, WSAZ, WSIL, WHIO Etc. Natalie Bomkie from Fox32 News covered the incident in a Number of Broadcasts which Mentioned that Plaintiff had Presidential aspirations and played a number of

Plaintiff's Instagram Videos on TV including a Video stating "I am the best debater on TV I'll Prove it Anywhere Anytime". Ravi Baichwal from ABC7 Chicago mentioned that Plaintiff called Taylor's father and told him his daughter is Plaintiff's Soul Mate. The unlawful arrest was in Rolling Stone, USA Today, Chicago Tribune, Kansas City Star, NY Post, South Bend Tribune, Economic Times, NWI Times Etc. And many publications Online The Philippine Star Life, Yahoo News, AV Club, Daily Mail Online, Lipstick Alley, Upi, Ground News, Head Topics, Peek You, Fomoza, Dreamin Deamon, Revista Rhonda Etc. and went Viral on Social Media. It was also on a number of Radio Stations although it's hard to say how many we Know it was on local stations WEFM and WCOE-FM. This Was The Biggest thing to Ever Happen and Certainly the Biggest thing to ever happen in N.W. Indiana. There is a Media Coverage Playlist on Plaintiff's YouTube Channel comprised of what Plaintiff found on YouTube obviously the Media does Not Upload everything to YouTube. Joe Biden likely had to authorized the unlawful arrest of Plaintiff personally as Plaintiff is a Presidential Candidate on TV, Radio Published in the Newspaper and filed with the FEC. Respondent obviously knows who Plaintiff is a TV Host that and has been in Hundreds of Media Broadcasts across the Country, written to the White House, written to Joe Biden on Instagram and written to the U.S. Civil Rights Division a number of times Five Complaints are Included as Exhibits in Taebel V Biden in

the U.S.D.C. In Hammond. Many of the property items were returned after The Honorable Judge Jaime M. Otis in LaPorte County granted a motion to Dismiss on December18th 2023 that had been filed by the district attorney's office in the interest of Justice and for the unavailability of a Witness According to a NWI Times Article Plaintiff Online. Plaintiff's attorney Elizabeth Flynn stated they wouldn't have been able to prove the charges. Still retained by a U.S. prosecutor's office is Plaintiffs Brand New Apple Mac Book Pro, iPhone, Data storage devices etc. which has exonerating evidence and exonerating character evidence and Plaintiff uses for work as a TV Host, Actor and Film Director. Plaintiff Received an Award from the Los Angeles Film Awards Feb. 2017 for his Short Film Logic-Interviewing The Inauguration Protesters For The Basis of Their Opinions and an Award that same year from the Sweet As Film Festival in Toronto, Canada. Plaintiff is currently seeking contracts with Networks and Production Companies and representation from Talent Agencies in Los Angeles and Chicago. Plaintiff needs his property returned and to continue to develop his portfolios. This has been Plaintiff's Profession since college and after Plaintiff's career continued to progress favorably since Plaintiff began working in Entertainment and Plaintiff has only got Better and a Lot More Talented. The Blair Witch Project made over $100 Million and Most People would probably rather Watch Plaintiff's Films. 127 Hours was another successful Independent Film that made over $60 Million

filmed mostly with a handheld camcorder. Plaintiff has made Three of The Greatest Movies Ever Made for Dr Taylor Swift one of which was 12 Hrs Long and Could be Converted into Four Three Hour Films and Re-Released and Screened in Theaters across the country and around the world or can be modified into a Television Series on USA, TLC, HBO ETC and Available through on demand Streaming services Like Amazon, Netflix, Apple, Tubi, Fubo etc. Taylor I of course would not continue to use your Media if You didn't want me too however Rights Could Probably be Purchased by Investors with or even without Taylor's Consent to Market for Profit. The Fair Use Doctrine also allows for use of media for the purpose of criticism, comment, news reporting, teaching and research and Plaintiff is an Award Winning journalist All The Above Would Arguably Apply. Plaintiff's Property is being held by the U.S. government who also made the unlawful arrest Plaintiff Property was taken for one arrest and still has been retained after charges Dismissed initially when Plaintiff spoke to a U.S. employee they stated they should be able to return the property then stated that they would retain Plaintiffs property until Plaintiffs other case was resolved which makes no sense because Plaintiff had never messaged Complaining witness Field from that computer not once the computer is brand New and still under warranty and after expiration of the warranty which is the only time Plaintiff can Confidently Edit Media And Produce Films with Apple Support if Necessary

Obviously Public Servants cannot take Property as potential evidence in one case for which Plaintiff has never seen a warrant and keep it for another fraudulent case without presenting in writing justification for doing so which I assure you there is none had Plaintiff been investigated for something else Nine Months have Passed and they Obviously had more than enough time to make that investigation and Return Plaintiffs Property Plaintiff knows this is obviously about thwarting a potential Presidential Run just before the Election Campaigns Began and Preventing Plaintiff from ever having a chance at a Run for Oval Office with the other Candidates by Preventing Plaintiff from Producing More Films in the interest of this Marriage Proposal And Plaintiffs Entertainment Career Which is also Treason by Respondent Joe Biden Plaintiffs and Plaintiffs property is obviously being retained by Public Servants for the purpose of intimidation and conspiracy an ex Federal employee in a Fox News Chicago broadcast also stated on TV that he wouldn't be surprised if there was an additional federal prosecution for the allegations Plaintiff was already being unlawfully prosecuted for in state court before all charges were dropped in the Interest of Justice when the prosecution confirmed Plaintiff had not even sent the messages. If anyone has threatened or intimidated Dr Taylor Swift suggesting she not meet with Plaintiff that would clearly be Treason Conspiracy Intimidation Etc. Obstruction of a Presidential Campaign or any Campaign is a Serious crime especially in the

U.S.A. and Treason Nothing goes against the Principals of this Country More And the Principals of Democracy. Taylor Swift could not possibly have any reason not to meet with Plaintiff who is a TV Host and has met some of the biggest Celebrities on Earth including Ryan Seacrest John O'hurley Anderson Cooper Zach Bryan Leonardo DiCaprio Kiefer Sutherland Tim Allen Judge Alex Ferrer Michael C Hall Mario Lopez Johnny Knocksville Andre 3000 Clint Eastwood Andre 3000 Flo Rida The Game Ashton Kutcher John Krisinski from The Office Claire Rosinkranz Dua Lipa Inbar Lavi Adrianna Costa Adriana Lima Delphine Chanaec Kate Bosworth Gabriella Anwar Shenae Grimes Beach from the New 9021 And Tori Spelling from the original 90210. Taylor Swift has given Plaintiff many signs she would like to meet Taylor broke up with Alwyn the day after Plaintiff Released a Five Hour Twenty Minute Film Titled Celebrities Mr Mitch Taebel and Taylor Swift Must get Married Immediately!!! See @MitchTaebel on YouTube. Mr Mitch Taebel is Royalty on both sides of his family related to English Royalty on his Maternal side and to German Royalty on his paternal side Plaintiff has heard it from family members and seen Letters passed down through generations apparently there was a 60 bedroom castle somewhere in Germany. Anyone is invited to hire a genealogist to confirm this. Mr Mitch Taebel said if Taylor wasn't happier then she has ever been then they wouldn't have to get Married and soon after on the Eras Tour she stated she was happier the she has

ever been. Taylor Alison Swift Stood by Mitch Bucannon from Baywatch at EMA
Awards and he never would have been there in a Million years if it wasn't for this
Marriage Proposal. Taylor wore green at the golden globes then twice more that
week Mr Mitch Taebel has beautiful green eyes and Taylor Sings about green eyes
in her song Sparks Fly. Taylor Sings about James Dean from Indiana in her song
Style Plaintiff said if she even mentioned James Dean she has to Mary Plaintiff see
his acting reels on YouTube. Taylor and Mitch are both writers and poets they are
both very talented Singers and Performers. Plaintiff Published a Book Titled
Looking Out For America a Memoir and legal and political manifesto which
covers a lot of Supreme Court of the United States law and History Taylor says her
favorite subject was History. They both grew up outside major cities at a young
age. Mr Mitch Taebel and Taylor swift both have Sock Broker Parents that made
Millions. Dr Taylor Swift And Mr Mitch Taebel Both are Natural CEOs. Taylor I
Very Much Hope You And I Meet while we can still have a few kids as you have
said Many times on TV You Very Much Want. Taylor has always wanted children.
Plaintiff Lives in one of the Biggest Homes and properties in the small prestigious
Lake house Community of Long Beach, IN Plaintiff grew up with a Swimming
Pool, Tennis Court, Jacuzzi, Sauna, in a Three car garage Home on an Acre of
Property about a block from Lake Michigan. This is a Property Plaintiff will
inherit one day worth over $1 Million Purchased in Cash. Taylor used to say she

wanted to be a stock broker when she grew up as did Plaintiff. She Recently said if she didn't work in Entertainment she would likely work in creative advertising Plaintiff has said the same. Taylor's brother attended Notre Dame in South Bend less than an Hour From Plaintiff's House in Long Beach, IN Plaintiff was Named after his mother's brother Mitch Stoltz who was Captain of the Baseball Team and Pitcher and knew Vice President of The United States Dan Quayle, Jr. having been to his House in Indianapolis a Number of Times. And Plaintiff's Mother Likes Baywatch the most popular TV Show at one time. Taylor Swift and Plaintiff like the same music and TV shows like Mad Men, Suits, Law and order, Burn Notice and Friends. Mr Mitch Taebel and Dr Taylor Swift are both gifted Speakers and make better Press statements than Anyone. Taylor and Mitch are both Award Winning Film Directors and Music Artists. They are Both German-American. Radio and TV Host Bobby Bones suggested Taylor Marry one of Her stalkers in an interview and obviously none of them where Models and Actors in Los Angeles. Mr Mitch Taebel was home-schooled for Eighth Grade and Dr Taylor Swift was home-schooled for two years in High School. The Name of Her New Album the Tortured Poets Department is clearly not about a football player who never even attempted to contact her until after he saw Plaintiff in over Fifty News Media Broadcasts many of the News Broadcasts were National Broadcasts he was just trying to be the man and didn't even care about her He Knows Plaintiff Makes

Better Press Statements than Anyone on Earth but he is not a leader or even a quarterback. The Football Player is a Dumb Animal and a Child in the brain who will always be a child Plaintiff is Infinitely Smarter and Has Much Much Better Personality. They have Nothing in common and he is most likely a homosexual with both ears pierced and an older brother. Football is also associated with severe brain damage Google nfl player brain scans and compare them to Plaintiff's very healthy brain scans included in the exhibits on USB Flash Drive. Obviously Dr Taylor Swift was never meant to marry the football player it was not a serious relationship and was intended to embarrass Plaintiff and Dr Taylor Swift whether or not he was aware of it and the football player obviously would have attempted to contact her years ago had they been meant to get married or been obvious soul-mates Plaintiff was unaware until a few years ago that Plaintiff could directly message celebrities on Instagram and as soon as Plaintiff was aware Plaintiff Messaged Dr Taylor Swift and the First thing Plaintiff stated was that Plaintiff was her soul-mate. The football players father also said he didn't even know who Taylor Swift was or her name when they met something her fans find very unacceptable. The football player also left Sydney after one concert after Dr Taylor Swift Broke up with him. They are also from a Blue-Collar family while Plaintiff Mitchell Timothy Taebel and Taylor Alison Swift are both from Millionaire Families. The blue-collar class generally think differently than the

opulent as the upper class has the luxury of thinking differently most of the greatest philosophers are from the upper class. Anyone who knows anything about Taylor Swift knows she would have married Plaintiff years ago had they already met see everything she has said on TV and the guys she has dated. They Very Likely would have Met by Now had Plaintiff spent more time in Los Angeles where they visit the same Beaches Hiking Trails Night Clubs Coffee Shops Studios and work with the same Companies. In her Documentary Released in 2020 she says she reached the top but didn't have anyone to get there with other than her mother and said "shouldn't I have someone to call right now?". Her New Album The Tortured Poets Department was Clearly Named with Plaintiff in Mind after Plaintiff wrote her a Number of Poems and Established himself as one of the Greatest Poets of All Time. Here Are Four: Poem #1 "I Know We Were Already Husband and Wife in a past Life, I know you are my German-American Celebrity Soul Mate Soon to Be Wife, I know you have struggled with depression and we are getting Married and you will never feel that way again, I know you need me Now More than ever, I know you love me because you love all your fans everyone who buys your tickets or compliments you, I know we will be very happy together, You know I am the funniest best looking smartest man that could ever propose to you, Lets Get Married, Forever And Always Mitch And Taylor" Poem # 2 "Taylor Taylor You're My Taylor, Forever and Always Your Mine Taylor,

Bring Your Friends We'll Have Fun, Bring Your Dancers We're Having Fun, Everything is Meaningless Next to You, Being Married to You is so much better than Any Ambition I've Ever Had, Forever And Always Mitch And Taylor" Poem #3 "Taylor Baby You're My girl, Taylor Hunny You've Always Been My girl, Taylor Sweetheart Wherever I Go You Go, We're Getting Married, I Love to Keep You Near, Seven Days of the Week All Day All Night, 12 Months of the Year I Keep You by My Side, 365 Days a Year, Everywhere I Go Taylor Taylor You're My girl, I Love Your Personality You're Always Nice to Me, I'll Take You Everywhere Proudly, We get along Perfectly We Never fight, We Live in Peace and Harmony, This Song is True and Funny, It's Always Fun to be With My girl, You And I have always been Meant to be, We Are Getting Married, I Like to Make You Laugh, Taylor Taylor Wherever I Go You Go, Hunny baby Girl You And I Always, You And I Are Getting Married, I Love You Infinitely, Loved You Since the First Time I Saw You on My TV Screen, Now I'm a TV Host And We're Getting Married" Poem #4 "Testing Testing 123, Taylor Baby Marry Me, Call Me Call Me, Taylor Hunny baby Call Me, Today is the Day the Time is Now, Call Me, it's time, it's time to Call Me, Taylor Baby Video Call me, Call Me Call Me". Plaintiff Likes Her Album Title Because it's Obviously About Plaintiff and Appears be a Plea for Help however Plaintiff proposed if they are able to meet before the release of Her New Album Taylor Name it "Chivalry is Not Dead",

"Poets Pandemonium" or "TS13". Hopefully this has never happened before

Plaintiff was Framed for sending Instagram Messages that Plaintiff did not send

the accounts that sent the messages didn't even belong to Plaintiff How could the

U.S. Government not have known or figured out that Plaintiff didn't own that

Instagram account or send those messages. And why would Respondent and/or her

employees allege they that Plaintiff sent those messages in a false police report.

The account owner did post a few pictures of Plaintiff on their Instagram however

Plaintiff is a Celebrity, Public Figure and very Famous anyone can download those

photos from anywhere on the internet and post them this in no way was evidence

that Plaintiff sent those messages or owned the accounts however it was alleged in

the police reports and fraudulent probable cause affidavit that Plaintiff made those

threats as if they knew for sure which they obviously didn't have any idea what

they were talking about or alleging and plaintiff was kidnapped and detained for

over six months before all charges were Dropped, See Taebel v. Swift

2:2023cv00258 Filed July 24th 2023; See also Mitch Taebel v. Elizabeth A. Flynn

2:24cv00049 in the U.S.D.C. In Hammond. Plaintiff's Attorney while Plaintiff

was illegally detained and kidnapped refused to schedule a video call when Dr

Taylor Swift And Her Attorneys at Neal & Harwell Requested a Zoom Meeting

With Plaintiff in writing on Public Record in Nashville Stating "Appointed

Counsel in Indiana will not accept service for him". Dr Taylor Swift's Attorneys

Mailed Copies of that motion filed on public record to Plaintiff's House and to the jail where Plaintiff was unlawfully detained Miss Swift obviously Never Wanted or expected Plaintiff detained. A few months later after Plaintiff filed a Complaint against Taylor Swift in the U.S. Courts the manager that had represented her since the beginning of her career Jay Schaudies who Plaintiff thinks he saw in Nashville at the Eras Tour and who was responsible for having Plaintiff escorted from the Concert (whether or not he was directly influenced by U.S. government Public Servants is unclear) and who was one of the alleged Victims in the False police reports and Plaintiff thinks was responsible for Plaintiff's kidnapping was fired or retired and was replaced with an Attorney from Washington D.C.. Congress should pass a Crime Victim's Charge Approval Act which requires all law enforcement officers to read suggested charges with sentencing ranges to a victim who must approve all charges before a warrant or any prosecution to avoid murder over spilt milk and obviously a crime victim's sense of justice matters. Tim Allen has spent time in jail for traveling through an airport with cocaine, Mark Wahlberg was charged for attempted Murder and plead guilty to felony assault after assaulting two Vietnamese men high on PCP in one case he used a large stick as a weapon he spent only 45 days in jail although having been sentenced to two years, Robert Downey Jr spent 15 months in prison for multiple probation violations after he was arrested for possession of heroin and a .357 Magnum these actors have

obviously had very successful careers and have all made hundreds of millions. The conditions of the Laporte County jail were apocalyptic detainees are given tablets that usually don't work and Plaintiff was unable able to make phone calls most of the time when calls would appear to go through there was no way to leave someone a voice mail or be sure the call actually went through. After Plaintiffs illegal arrest he was able to use a landline to make a call however his parents said they never received the message and it wasn't in their call history. And Plaintiff is Certain they were Poisoning the Food. There were other allegations in the reports however they were in no way illegal threats to Taylor Swift, her backup dancers or any of her employees the only explicit threat alleged was that "Taebel posted a picture of someone firing a handgun at a gun range and stated, 'If today there is a sexual performance of Vigilante shit, you can be sure that we will destroy you and all other dancers and Taylor Swift too, I think you know what happened to joe alwyn, who has already been in jail for months awaiting the death penalty, so be careful that you are not the next one, whoever is writing here works for the government'". Plaintiff obviously did not or would not have sent a message like that Plaintiff is Semester at Sea Alumni which is more Prestigious than Harvard as it costs more and is very associated with the United Nations and it was through University of Virginia which is probably as competitive as most of the IVY League Private Schools. Plaintiff Knows Exactly what he is doing at all times and

has a lot of self-control he is definitely not bipolar as a few idiots may have alleged only because they work with the state or county prone to retardation and have never been sued he just gets mad when being nice doesn't work and the IQ and athletic ability of our children is dropping every day Taylor said Kids Yeah Have as Many as You want in an interview in Sydney a few years ago and we could have had two children already Taylor Swift and Plaintiff and their offspring are dying everyday if there is any chance Plaintiff knows exactly what he is talking about which he definitely does people need to get off their ass and help these two meet. The Temp Restraining order Needs to be Vacated Immediately and we Need Anyone with a phone in Taylor's Presence to Video Call Plaintiff or if Not in her presence conference call Taylor And Mitch to save the World People Please. She is obviously scared of public servants as she has said several times on TV See Plaintiffs 12 HR Film in one of Her appearances with Ellen She Explicitly Described one of Her Biggest Fears of Being "Framed" by envious and that the Fear derives primarily from so many False Rumors and News Articles about Her the Video of these Statements is included in the Exhibits and is Online. Plaintiff Rented the Eras Tour Five Times Replayed it as many times as he could Plaintiff would hope People Like His Films that Much they should. And Taylor Filmed it in Southern California Mr Taebel's favorite Place on Earth Which Taylor is Very Much Aware of. Public Servants Obviously cannot be permitted to allege people

are insane or incompetent who are infinitely smarter than they are and keep their jobs. The officer who wrote the report accused plaintiff of having "UN-diagnosed mental health issues" and claiming to be a sovereign citizen which appears to be a group of crazy people with radical antigovernment views no Professor of Constitutional Law Agrees With. Plaintiff has Amen Clinics Brain Scans that cost almost $5,000 that Prove that Plaintiff has a very healthy brain and no mental health issues included on the USB Flash Drive in Exhibits. Plaintiff Aced Abnormal Psychology in College like he Aced Physics twice in High School and Many other Classes See Transcripts in Exhibits. Plaintiff was always so Popular and Got the Best-Looking Girls he knew he wouldn't have to rely on Academics for Success and worked all through College however still Aced a lot of Classes. Plaintiff Knows exactly what he is doing People should Not forget this Plaintiff is tired of having to remind public servants of this. 50 Cent Lyrics: In Da Club "But holla in New York, the niggas'll tell you I'm loco". Some people have a rhyme and reason for everything they do and are just reasonable sensible human beings only complete idiots who refuse to have discussion would ever think otherwise. Plaintiff wishes people wouldn't walk around with mind blowing stupid beliefs about him and refuse to tell him what they are thinking or talk about it Plaintiff most likely will have something very smart to say that will give them a revelation they never expected Plaintiff is a Justified Man who just wants to Marry his

Obvious Soul Mate and will happily mind his own business entirely after this. It was mentioned on TV a number of times in the reports and articles written about Plaintiff that he said he "would happily wear a bomb if he couldn't be with his soul mate" this was a joke a joke obviously not a threat meaning he would be Willing to wear a bomb if anyone was afraid of Plaintiff and Taylor meeting and keeping them apart because after these two meet everyone will see there is obviously nothing to be afraid of Plaintiff thinks some of the jews may be afraid of these two meeting as they are both German American and very intelligent influential Speakers. Plaintiff makes better Press Statements than Anyone. This was partially a joke about what happened in Arizona the obvious illegal conduct by law enforcement and on National TV and Trump and Biden's refusal to employ the U.S. Civil Rights Division. What's next people being raped, kidnapped and killed on National TV and No One does Anything about it. People must always be willing to talk about issues and listen to both sides of an issue before they can have any real understanding they must consider different perspectives from intelligent human beings especially directly apposing arguments. Plaintiff cares very much about Taylor Swift and after reading a lot of rumors mostly on reddit that she had HIV and had been treated for STDs and couldn't have kids etc Rumors Plaintiff Now believes are most likely false however after reading them Plaintiff wasn't sure and Mr Taebel has been Planning to Marry Her since he first

knew who she was he just wasn't ready to get married because he expected to

make hundreds of Millions before getting Married Although these two certainly

would have got married had they met Mr Taebel never felt the need to be married

although she said the same only a few years ago before Plaintiff Publicly Proposed

to her on Media, she was not being completely honest she has always wanted very

much to get married she just hadn't met her soul mate, See Her Film Miss

Americana on Netflix. No sane person doesn't want to get married in time to be

able to have children. Plaintiff spoke to Fox News Nashville about her and they

said she used to visit the station on a regular basis however they hadn't seen her in

a few years. There are telephone recordings with Fox17 Nashville in the Exhibits

in one Plaintiff asked if they thought she could actually be "kidnapped or

threatened at gun point" and "do you want to specify?" and they declined to

clarify and just said "she was at the grammys" which obviously doesn't mean she

hasn't been threatened or intimidated by anyone in government which she most

likely has. Everyone Obviously Needs to Look at the Big Picture Here Plaintiff's

Priority has always been to Help Dr Swift. Then in a telephone conversation with

an assistant to the Alaskan Governor's Office a woman said people were being

raped in this country after Plaintiff asked "is it the apocalypse are women being

raped?" Plaintiff was talking about Public Servants and pretty sure she knew what

he meant. The recording of that conversation was sent to the News Media and

posted all over Social Media and it is about twenty minutes long and in Plaintiff's

12 Hour Film @ 6HR 56MIN and the 5Hour 20 Min Version which both Prove

Plaintiff is the Greatest Vigilante TV Host in U.S. History even if Taylor was in no

danger at all. What Mind Blowing stupid sociopath Human Garbage from nyc

would ever think Plaintiff should be criminally charged after this Marriage

proposal and all that he has complimented Taylor. Plaintiff knows this wasn't her,

See her Documentary Miss Americana She was sexually assaulted by a Radio

Host and made a complaint to his Boss he got fired and he sued her for Millions

she counter-sued for $1 and never even attempted to bring criminal charges

against him. Plaintiff is an infinitely better-Looking TV Host who has already

been the best thing to ever happen to Taylor Swift. She was still acting like a kid

before Plaintiff Proposed to her and told her he wants her to be First Lady of The

United States She immediately started dressing better. He also brought a lot of

attention to her from people interested in Politics that wouldn't have looked if not

for Plaintiff and obviously had The Eras Tour become a Presidential Campaign it

would stand out in History for that reason in itself. She released a track titled

"Vigilante shit" and Plaintiff thought she needed a Vigilante. Plaintiff did ask her

to let Plaintiff know she was okay or reach out to Fox17 Nashville and let them

know she was okay however she didn't do either a simple request from the

smartest TV Host on Earth worried about her. Fox40 News in Sacramento

Confirmed she was getting the Audio Messages Plaintiff had been Sending her on Instagram. Taylor once stated she likes to invite fans to her House and "watches them on Social Media for Months and Months" the Video is on The USB Flash Drives And it was on The Graham Norton Show in London. Taylor wrote a song titled tear drops on my guitar for a boy she liked named Drew Hardwick who repeatedly ignored her he was criminally charged for aggravated child abuse after a 3-yr old girl had to be airlifted to a children's hospital in 2015. Taylor Shouldn't let a few of the hardcore conservatives in the Political Party keep her from maintaining relationships with TV News Stations. Taylor opened her Documentary Miss Americana talking about her first and foremost value in life was to be a good person and a good influence upon Society why would Dr Taylor Swift not speak with Plaintiff or Fox News Nashville who obviously care about her well-being. Jimmy Kimmel recently said something about jaws hating Europeans on his Show which is why our country is being flooded with immigrants to dilute the White people and their votes. Additionally, there has been reported Genocide in South Africa against the English years after giving the indigenous legal rights Plaintiff Heard about it listening to NPR Radio and it was on the internet. It once came up in discussion with a second Home owner here in Long Beach and he was aware of it although plaintiff surprisingly hadn't heard many people talking about it. The Supreme Court of The United States Does Acknowledge Reverse-Discrimination.

Plaintiff has also listened to Sean Hannity, John Batchelor, Carl Tuckerson, Mark Levin and Dana Loesch. In the 1st Episode of The TV Show The Office Steve Carell made a joke about there being two kinds of black people and that TV Show was obviously very successful he also made a joke about being Hitler in the Pilot. Many of Plaintiff's best friends growing up were jews and Plaintiffs grandfather in law was a jew and a nice man Plaintiff used to play cards with him every time they would visit in Palm Springs. What mind blowing dumb person wouldn't support the Greatest Speaker, Debater, Conversationalist, Presidential Candidate and most reasonable man in an Election. Whether or not the majority ultimately votes for that candidate everyone should support Freedom of Speech and Authentic Presidential Elections discussion debates and Everyone should be invited to Speak as much as they want especially white people. Respondent Biden has most likely allowed U.S. government employees to prevent Taylor Swift and Plaintiff from meeting, allowed them to order security to escort Plaintiff off the Premises and has allowed them to Prevent the Eras Tour from becoming a Presidential Entertainment Tour Campaign. Plaintiff didn't approve of the way Dr Swifts employees spoke of her she is CEO and obviously boss however they didn't appear to think so. Her employees made several statements off camera that Plaintiff objected to Plaintiff thinks they were most just testing Plaintiff. One of Dr Taylor Swift's Employee Said on Camera "you took all my Talent". Few things are

as obviously unethical as censoring Speech "cancel culture" would end the world

if not opposed by those with Ethical Values and a Brain. Plaintiff thinks the jews

likely have taken over after WWII and racist jews have it out for German

American Celebrity intellectual Soul Mates Like Dr Taylor Swift and Mr Mitch

Taebel. Plaintiff thinks he has been prejudiced quite simply for being a highly

intelligent Presidential Candidate. Dr Swift at all her concerts previously had VIP

Guest areas Red Room, 1989 Room, Rep Room where She and her employees

could invite a handful of Fans who stood out in the crowd to meet with Her before

and after the Show there is a video of her talking about in Exhibit 7 and in the

Film However Not on the Eras Tour. Mike Johnson our Speaker of the House has

suggested homosexuality which was considered a mental disorder in the DSM I,

II, III, IV and at one time a criminal offense in all fifty states be an issue returned

to the states, See Bowers v Hardwick, 478 U.S. 186 (1986). Approximately .5%

1/200 people in the U.S. Attempt suicide while approximately 33% that's 1/3

homosexuals attempt suicide. Additionally, they have higher crime rates and much

more likely to have STDs and have a much lower life expectancy. Promoting

homosexuality with the U.S.S.C. Is about ending the world and freedom of

speech. Plaintiff had a gay jewish judge in Manhattan that obviously didn't think

the law mattered back in 2013 where Plaintiff represented himself in court through

a 12person jury trial with only partial success. In this weird gay stupid court room

without video cameras in Manhattan Plaintiff was acquitted of only one of three charges in a self-defense case despite as Plaintiff argues in His Book Looking Out For America that verdict being against approximately 250,000% the weight of the evidence and clearly unconstitutional which requires reversal, Two Civil Rights Division complaints are included in the Exhibits. The prosecutor kevin j. rooney and is now a deputy district attorney in the san joaquin county, CA who went to stanford charged Plaintiff for trespassing on his own property of approximately six months the woman renting the apartment obviously wanted Plaintiff there she and Plaintiff dated for years afterwards and are still friends State law gives residential rights to anyone after 30 days they would have needed a civil eviction order to bar plaintiff from their apartment what on Earth did this idiot bellhop think he was doing assaulting Plaintiff for going to his apartment the prosecutor should have obviously lost his license for even charging Plaintiff for trespassing And for Charging Plaintiff with Assault. The prosecutor should have lost his license for indicting Plaintiff for a felony over nine months after the unlawful arrest for a misdemeanor in which Plaintiff received a desk appearance ticket for and Plaintiff was Released immediately Never Posted bail Plaintiff flew across the country to appear in court for a misdemeanor because Plaintiff is very careful and cares very much about his future most courts would have respected that and been more than willing to dismiss the misdemeanor of assault after the six month speedy trial

limitations required them to do so however depraved parasites human garbage homosexual human bacteria maliciously prosecuted Plaintiff and refused to give Plaintiff a preliminary probable cause hearing or hearing in the interest of justice and just kept saying "this isn't your trial" refusing to hear exonerating arguments and evidence or look at the video footage. The deputy district attorney sounded like a complete idiot making the dumbest arguments imaginable read his affidavits filed in court a blabbering idiot who made arguments so mind blowing stupid Zealous arguments the jury was never even able to clearly evaluate the facts and circumstances and apply the self-Defense Statute, See Taebel v. Sonberg 1:16CV6337 in the U.S.D.C. Southern District of ny; See Also 18-1883 (2nd Cir.) The bellhop assaulted Plaintiff and the video is on YouTube @MitchTaebel Titled World Record Self-Defense Case! After Plaintiff wrote to the U.S. government about it and they didn't back Plaintiff Plaintiff filed a constitutional Challenge in the U.S. Court of Federal Claims arguing the Modern DOJ had expanded in excess of the Constitution and Tenth Amendment See Case No. 18-25c And Later after suspecting possible interstate stalking requested a Restraining order from U.S. employees and unlawful surveillance. Taylor's father allegedly punched someone in Sydney and has been investigated by Australian Law Enforcement Credible News Reports State. The judge who apparently went to Harvard despite being a complete idiot now retired was a member of a gay and lesbian judge association.

Plaintiff filed several complaints against the judge in the U.S. Courts once Plaintiff walked into that Public Court room and an officer said the courtroom was closed during a trail or hearing there likely has been hundreds of wrongfully accused and maliciously prosecuted sentenced in that court. Plaintiff has had to work Much harder to get anywhere in life after going to nyc which ruined Plaintiffs Life thus far going there appears to have ruined the Country and the world. Plaintiff believes he has faced resentment for Plaintiff's Intellectual Aptitude and high self-esteem by the envious. Plaintiff had very few if any problems with anyone before going there. The Woman Plaintiff was dating came running to the police station defending Plaintiff and would have testified at trial but Plaintiff didn't want her interrogated by the weird judge or prosecutor She Did send emails and Notarized Letters in Plaintiff's Defense, as did Plaintiff's Parents and a Friend Galloway Selby. Which were Filed in the U.S. Courts and Public. Plaintiff Sometimes Enjoys Working for long Hours However the Maxim "Work Smarter Not Harder" has been the Motto for all the Smartest Most Successful People especially by Financial Advisors And Creative Artists. Plaintiff made virtually no character arguments rather focused on the facts of the case which should have been more than enough to get all charges dismissed Plaintiff later Realized Plaintiff should have made almost Entirely Character Arguments. The DSM I classified homosexuality as a "sociopathic personality disturbance". House Speaker Mike

Johnson said homosexuality would cause people to "marry their pets" and He is obviously a Hero for saying that. Plaintiff is tired of homosexuals that have to do weird stupid malicious things against straight people. The Judge stated three times on record he doubted the sufficiency of evidence to prove beyond a reasonable doubt three times however because there were no cameras or even authentic transcripts and the jury was not able to ask questions during deliberation and they had no idea what the sentencing range was for the charges a mislead and confused jury made a very mistaken judgment in Zoo York city Read the 330 Motion Dismiss Filed by Raisor & Kenniff who Plaintiff retained immediately after trial Tom Kenniff represented Plaintiff at the hearing and appeared to be one of the most competent lawyers in Manhattan in the YouTube search result and had Media of him at News Stations Discussing Law with TV Hosts. The Judge Obviously had an opportunity immediately after trial to dismiss the charges, after the 330 Motion to Dismiss filed by the Retained Law Firm and after Plaintiff Filed a Much Better 440 Motion to Dismiss However because he had a "sociopathic personality Disturbance" he Refused to do so and the dumbest people on the Planet put Plaintiff in jail. Most people Massively underestimate the negative effects all this has had on Planet Earth People Wake Up Please or take Plaintiff Work for it and take objective action to the contrary! Plaintiffs Commercial Reel was Not Public at that time if he had been able to use the TV Screen as requested he never would

have been found guilty of assault also Plaintiff made virtually No Credibility Arguments Later Realized Plaintiff should have Made almost entirely Credibility Arguments. Part of the problem is most people aren't really smart enough to appreciate many of the things I say or do. I'm sure there are millions of people around the world that feel harassed and disrespected by building management or just rude people in general or depraved parasites even and when one of those rude people steps way out of line like from another universe stupid and assaults a respectable justified man going about his business he may lawfully get his ass kicked and the Man who kicks his ass may be 125lbs lighter and 4 inches shorter and a Hero for every tenant on earth and every justified person who has ever been harassed by a mind blowing stupid bellhop or vile person. A depraved parasite would try to tell you not to defend yourself and let that parasite kill you but a Hero a Man any respectable person Defends themselves standing for all who are justified peaceful civilized respectable positive additions to our planet when those parasites cross a line and actually assault a Man. Plaintiff is smarter than everyone because Plaintiff is a Film Director and TV Host and everyone should remind themselves of this before anyone is dumb enough to think Plaintiff is not smarter more justified and more respectable than they are Plaintiff is smart enough to kick anyone's ass in a debate whether on TV Radio in Public Speaking or in Affidavits in Court. What is a Parasite? Everyone must ask themselves this. Many people

will agree a person who quite simply has ill will for others who has no intentions of being a respectable member of society and a good person is a parasite. Criminals especially habitual criminals are parasites with the exception of illicit drugs in Plaintiff's opinion which should be decriminalized as it has been in Portugal and Oregon with Reportedly tremendous benefits. It Could Save the World if Everyone thinks about this and people are smart enough to be able to discern parasitic behavior from non-parasitic behavior. Plaintiff Supports Autocracy. Criminal behavior is clearly is parasitic to society especially when committed by public servants. The public employees who were responsible for that malicious prosecution are and were compelled by envious homosexual criminal parasites with no regard for law, justice or The Absolute Right of Self-Defense. If Truman was justified Bombing Japan for their unjustified attack on pearl harbor which he most definitely was and Israel was justified killing over twenty times as many people as Hamas did then Obviously Plaintiff was Clearly Justified Defending Himself while going to his Apartment Minding his own Business. Plaintiff is a Very Talented Professional in the Most Competitive Industry a formally trained Actor who invested his time and His Own Money into Moving to Los Angeles after graduating College, a Professional Photo Shoot to get Started and Acting and Dance Classes Plaintiff was very Busy worked out twice a day and recalls having three Auditions in a day in L.A.. As the police

reports clearly stated Plaintiff had no criminal priors had earned a college degree the year before and had Talent Agents Competing to represent him in Los Angeles and on the East Coast. Everyone should definitely agree criminals are essentially parasites. It Could save the World if People are smart enough to discern acceptable behavior from parasitic behavior. If homosexuality was considered a capital offense for thousands of years and still is in many countries it would be insane impose it upon people with the U.S.S.C. We have fifty states for a reason and Plaintiff very much supports authentic democracy in each state especially on this issue. Plaintiff later found Supreme Court of The United States Law that exonerated Plaintiff immensely in addition to every state self-defense statute, See Brown v. United States, 256 U.S. 335 (1921); Rowe v. United States, 164 U.S. 546 (1896); See Also John Bad Elk v. United States, 177 U.S. 529 (1900). That judge was one of the dumbest individuals Plaintiff has ever witnessed was not until then aware that at least 99% of lawyers and judges have never read any Supreme Court of The United States Law on Self Defense and that in law school they apparently teach their students the law is arbitrary and meaningless and to do whatever the district attorney's office wants. The Law is Obviously Not supposed to be Arbitrary or we would have stayed in England. This is not the stone age. Those are the Biggest Supreme Court of The United States Rulings on the subject and anyone who hasn't read them virtually has no understanding of Self-Defense

whatsoever. The court 1) wouldn't even allow Plaintiff to use the TV Screen to Present Evidence and talk about the evidence, 2) The judge wouldn't admit a text message that proved Plaintiff knew exactly what he was doing and had not lost his temper and assaulted the bellhop rather consciously acted in self-defense the text message to his girlfriend stated "If the bellhop touches me I will beat his ass", 3) The judge wouldn't allow Plaintiff to make an Audio Recording of the Trial, 4) The judge stopped the trial for 9 days and pretended to get sick after Plaintiff made a powerful opening statement, 5) the judge interrupted Plaintiff a number of times as Plaintiff as Plaintiff was making compelling Arguments, 6) The judge Made Prejudicial and bias Statements as did the deputy district attorney. Plaintiff never should have been arrested and it shouldn't have even gone to trial. If a person accused of a crime has exonerating evidence a court must hear that evidence to determine whether or not a case should be dismissed in the Interest of Justice. Public Defenders in accessory to kidnapping, malicious prosecution, conspiracy etc. pretend to be stupid and intentionally get their clients convicted all the time. A Public Defender is probably the worst job imaginable because they are expected to incriminate themselves and they work with the last people on Earth any sensible person would want to work with working anywhere in the criminal justice system is a terrible profession. Obviously, any lawyer or judge who works in the criminal justice system is either weird or not smart enough to practice Civil

law. Plaintiff Never should have went to Nyc the city of spiritually depraved human beings. Plaintiff has felt harassed and prejudiced by homosexual Government employees ever since, monkey see monkey do is apparently the philosophy for employees who work in the criminal justice system and who often omit Professional And Academic Achievements and Google Search Results from reports. There is currently an officer in custody in Australia for the murder of a Celebrity TV Presenter and his Partner. Plaintiff thinks the obvious biggest threat to Our Country are the sociopaths that work in law enforcement and most likely the gestapo caused the holocaust they obviously didn't stop it. In U.S. V Guidry, (5th Cir. 2$^{00}$6) a then officer in San Antonio TX raped Denise Limon and he and his partner sexually assaulted five other women they were prosecuted under the Civil Rights Act and Sentenced to 38 years. Abner Louima was raped in a Nyc Police Station with a broken broom stick and hospitalized that officer signed a plea deal for thirty years to avoid a death penalty. Plaintiff thinks people are insane if they don't think anyone sentenced to prison shouldn't be able to opt for death by lethal injection before ever going to prison it will obviously save the tax payers a lot of money and would be much more humane. Jail is a billion times worse than death as Plaintiff's website clearly stated which was deactivated after Plaintiff's Kidnapping. No decent human being should have any tolerance for Torture in this Country someone shouldn't have to commit a capital offense to get a death penalty

if that's what they prefer. The U.S. Ninth Circuit Court once Appointed a U.S. Attorney to one of Plaintiff's Complaints And He Stated what the government was doing was "Torture". Plaintiff had previously represented himself twice in traffic court in Los Angeles and was 100% successful both times. Plaintiff First Speaking role was on Americas Court the Television Show Produced by Entertainment Studios. Plaintiff also chose to take Public Speaking in College as an Elective. Plaintiff attended Arizona State University for Film and Media Production briefly in 2018 Plaintiff earned a Degree from Colorado Mountain College in 2010 before he moved to Los Angeles to work in Television and Film Production. Plaintiff had Talent agents in Los Angeles and Manhattan immediately after printing comp cards and Had Talent agents fighting over him after Plaintiff released his Commercial Reel. Plaintiff was more successful than most A-List Actors when he started working in Entertainment and that was before the Entertainment Industry knew he is The Greatest Stand-Up Artist in Entertainment and an Exceptionally Talented Singer. Plaintiffs Best Talent Agency that Represented him was Expecting Models, CESD also offered him Representation however Plaintiff had already Signed with L&L Talent in Los Angeles Midwest Talent Represented Plaintiff just to name a few. Prior to this the only girl Plaintiff ever sang for was Sarah Summers the Playboy Model from Sedona where Plaintiff graduated High School. The Entertainment Industry is the most competitive profession on Earth

and it Pays much More than any office in Government. Plaintiff is a Social and Comedic Genius and knows exactly what he is doing at all times as Plaintiff asked his lawyer to tell everyone after his unlawful arrest and kidnapping. Plaintiff is tired of being kidnapped and harassed by government employees who are not smart enough to have a sense of humor or even understand what's going on and trying to be the man with people much smarter than they are like Highly Intelligent Award-Winning Film Director and TV Host and contently think about arresting or even kidnapping people to feel like a man. Plaintiff was already booking work at $2,500 a day as an independent contractor in Marketing and Entertainment at the age of twenty-four which is over 200% what the President of the United States makes. Plaintiff was Cast in an ESPN Super Bowl Commercial Wikipedia Says was seen by over 162 Million people in the United States. Plaintiff watched the Commercial play on TV during the Super Bowl with his roommate and friends when Plaintiff was Living in Los Angeles. Plaintiff was cast in a National Xoom Commercial for BBC, a Yahoo Genome Commercial and a Farmer Boys Commercial that played on TV all over Southern California. Plaintiff has an IMDB (Internet Movie Database) with 18 credits as an Actor, 8 as a Director and 6 as a Producer and production companies do not always list all credits on IMDB Plaintiff has worked on many more productions. Being cast for anything in the Entertainment Industry is very similar to winning an election elected by very

talented and intelligent people who own and work with Networks, Production

Companies, Talent Agencies, directors and casting directors. After Plaintiff was

kidnapped a girl freaked out after she saw the bad media coverage and after a

relative that knew who Plaintiff was had seen Mr Mitch Taebel on TV in the

Media then calling that woman on the telephone and telling her about it then she

all excited over the bad press coverage made a complaint against Plaintiff and

while a sensible officer would have helped her calm down and reminded her that

Plaintiff is a TV Host Comedian Speaker Actor Published author and Presidential

candidate etc. who is a very civilized intelligent respectable member of society the

officer did not do that instead they used it to take a cheap shot at someone they

probably see as an aristocrat with incomprehensible intelligence insight and talent.

It is clearly unprofessional and unethical grounds to bring charges against

someone by someone who is not only making false allegations but who clearly

overreacted to bad press coverage from an illegal unjustified arrest where the

prosecution dropped all charges after looking at the facts and circumstances

closely. Plaintiff's Attorney Beth Flynn Stated if they didn't dismiss the charges

Plaintiff would be able to Sign a Plea agreement for time served so there definitely

wouldn't be any more jail time either way but they definitely need to drop the

charges. Obviously, these are not grounds to bring criminal charges against a

Presidential Candidate for fraudulent and void allegations of stalking against the

weight of evidence. Obviously if someone does something illegal a person is obligated to report it immediately and it can be dealt with a person cannot claim that someone bothered them months or years ago then have them charged with a Felony Plaintiff has been attacked by human bacteria who are not smart enough to comprehend how wrong they are. Do Judges, prosecutors and police not know how to use google or Social Media any competent person involved in arresting or detaining a person should know how to use Google and figure out who they are Speaking to or are they not smart enough to have any idea what they are looking at. An obvious sign of a police state is when a district attorney's office does not decline charges filed by police in common Practice. That woman is named Kristen Elizabeth Field and she has Pictures on Facebook with Hillary Clinton Kristin Field Picked up Mr Taebel from the Airport when he flew into the San Diego Airport they went to her Apartment and had sex as the police reports describe before Plaintiff Traveled Around the Circumference of the World on Semester at Sea with Approximately 700 Scholars from around the World Plaintiff's High School Prom King and Quarterback David A. Rich then met up with Plaintiff giving Plaintiff a ride to meet up with his fellow scholars on Semester At Sea after they went to his House to meet his Fiancé. Kristen Field alleged Plaintiff had stalked her at a family party in Illinois a few years later then in text messages included later in the reports she revealed that she and Plaintiff "hooked up" at that

party and that Plaintiff was invited to sleep there she gave Plaintiff a hand job at that party Plaintiff was not stalking her as the text messages proves. She also describes she and Plaintiff meeting up in Chicago a few years later and spending some time together in the City after Plaintiff flew into the Airport From Los Angeles. Kristen Field two years older than Plaintiff claimed Plaintiff has been "infatuated with her" since she got into High school which is not at all true and no one would believe that. Plaintiff dates models and playboy models and has never dated a woman overweight and she has always been a little overweight and dates overweight unattractive men. Kristin Field said she wants to run for Senator however making false allegations against someone is attempted kidnapping or kidnapping conspiracy fraud accessory to malicious prosecution etc. a number of serious crimes that have no statute of limitations so it would be Much better they work this out and remain friends. Plaintiff knows this is a desperate attempt for attention and Media Coverage by Kristen Field who works at friends of Prentice in Chicago, The Public Docket History for the case is viewable on mycase.in.gov. There Clearly was never probable cause because a prosecution would have to prove beyond a reasonable doubt that 1) Plaintiff "intentionally" and "repeatedly" harassed her and 2) that a "reasonable person" would have reason to fear illegal harm from Plaintiff. To allege that anyone would have any reason to fear any illegal threat from Plaintiff is absolutely ludicrous and everyone knows it. Plaintiff

is a very hardworking intelligent Man who only wants to make money creatively in Entertainment and Marketing and be Married and have a family of his own. The Most Serious allegation is that Plaintiff had messaged her after complaint irritated by Plaintiff's Presidential Campaign messages asked Plaintiff to stop messaging her despite continuing to talk to Plaintiff in person a number of times they saw each other in Plaintiff's Neighborhood after that. It Appeared to be a Political not personal Issue for her Plaintiff and Complainant have been Friends for Many Years in attempting to defend the Constitution and everyone's Liberty and Purpose in Life Plaintiff often would Copy Paste Messages with links to Media intended to be shared with as many contacts as possible She May have thought something weird like Plaintiff wrote the messages explicitly for her which he obviously did not. Plaintiff asked Fox News Sacramento if they have ever heard of sending emails to all contacts being illegal and they said "No". No one else had a Big problem with Plaintiff's Social Media Campaign Plaintiff Messages thousands of contacts The Media who often thank Plaintiff for Sharing, Elected Officials Like Nikki Haley, Kristi Noem, Sarah Palin, Tulsi Gabbard, Friends with Pictures with Joe Biden and other Presidential Candidates Most People find a Start-Up Presidential Campaign Very Interesting or Entertaining at the least The Smarter People are The More they Appreciate it. How Could Anyone Not find a Start-Up Presidential Campaign Interesting especially by someone they kind-of know or

personally invited them to watch the Campaign She Was Most Likely intimidated by Government and scared even which Means this is obviously an insanely unjustified malicious prosecution and Capitol offense of Treason, and Attempted Kidnapping etc and they need to drop the charges against this Very Justified Presidential Candidate Immediately. Plaintiff often has Assistants Copy Paste Messages and Comments for him and doesn't always even look at the contacts specifically. We are Obviously not talking about a criminal offense here to anyone who has a brain. The judge on that case recently granted a district attorneys motion to revoke Plaintiffs $750 bail for travel restrictions Plaintiff and his family were entirely unaware of for visiting with his family his younger Sister who has a Master's Degree from Ball State and who is Married and pregnant with her second baby girl after she and her Husband who is a Vice-President Financial Advisor at Chase just Bought the Governor's House and for traveling for Work Speaking at Events and Open Mics and other Necessities. This complaint was drafted before Plaintiff was unlawfully arrested for traveling outside the area Plaintiff has never had a judge impose travel restrictions after post arrest release and unfortunately Plaintiff has had to post bail before in other states Plaintiff was released O.R. With GPS tracking after he told the judge Plaintiff feared for his life in jail which was very true. Plaintiff is currently restricted to his own property with few exceptions which is totally insane for a Presidential candidate accused of bothering someone

many months or years ago and his family is trying to post bail to relax travel

restrictions if they don't Dismiss the charges first. Plaintiff needs to be able to

travel out of state for a number of reasons and to help his parents drive to see

Plaintiffs sister who is due April 13th and li<sup>ves</sup> almost three hours away Plaintiffs

father is 83 years old somewhat senile and if he had a heart attack driving on the

highway both of Plaintiffs parents could be killed and other drivers on the road.

Plaintiff has already filed a complaint and First Amended Complaint against the

complainant proving there was never probable cause to arrest Plaintiff in the first

place and certainly not now after Plaintiff has responded to the allegations in

writing anyone with a brain would be able to see the charges are completely

Unjustified, See Mitch Taebel v Kristen Field 224CV38 in the U.S. District Court

in Hammond. Plaintiff mailed copies of the complaint to the Media Indiana

Governor Eric Holcomb to the Judge John A Link to the district attorney's office

and delivered in person and via email copies to the secretary of Plaintiff's attorney

Mladenka And Frank Rodriguez with a letter regarding travel restrictions to which

they have never responded. These lawsuits should get Media coverage and are Po-

Se Complaints Written for the Media, Public, Courts, Google and can be

downloaded by anyone anywhere on earth from Pacer.gov. Congress or the

Supreme Court needs to bring back the "Fairness Doctrine" which requires the

Media to cover both sides of public issues covered. Why is the world would the

FCC invalidate the Fairness Doctrine against the interest of public awareness and

fare debates and discussion. The "equal-time rule" still in effect requires the media

to give political candidates which Plaintiff most certainly is an equal amount of

time. The lawsuits contain the police reports and clearly proves there was never

probable cause to unlawfully arrest Plaintiff in the first place as only a few of the

allegations are even arguably illegal entirely lacking "Mens Rea" a necessary

element of a crime and in no way would constitute an F6 Felony even if they were

true which they are not. The officer who made the report likely gay accused

Plaintiff of being a "Sovereign Citizen" which he is obviously Not as clearly

stated on Plaintiff's website, in Plaintiff's Book and in a number of Plaintiff's

Complaints filed in Courts and made other blatant prejudicial false irrelevant

allegations to get a warrant the officer obviously needs to be fired. That officer

made a Number of Very False Claims alleging that Plaintiff was "trespassed" from

Blue Chip Casino Where Plaintiff has never had any issues and the Four Winds

Casino where Plaintiff can go any time he likes. Plaintiff also visits the Hard Rock

Casino and has never had any issues there either Plaintiff sent them his social

media and they invited Plaintiff to a job Fair However Plaintiff was interested in

working as a Performing Artist as a Comedian or with a cover band. The officer

made in detail false allegations that Plaintiff had spoke to young girls about sex

which is not true while the age of consent in Indiana is apparently only 16 Plaintiff

However has never even mentioned sex to any Young Ladies under the age of 21

Plaintiff made a video complaining that while casual dating may have been

acceptable when Plaintiff was in his twenties women especially in bars and in their

thirties often have STDs Plaintiff read that 2/3 women have HPV and sometimes

leads to ovarian cancer and leaving women unable to bear children and Plaintiff's

obvious priority is getting Married to his Soul Mate and this Has always been his

highest ultimate priority in Life and wouldn't feel right about having sex with

women he is genuinely not interested in and taking any chance at contracting

STDs which could jeopardize his highest priority in Life getting Married to

Plaintiff's Soul Mate and having children. Plaintiff just wants to get Married then

figure everything else after. Many law enforcement officers frankly aren't smart

enough to have much self-control or sense of justice and tend to abuse any

discretion for a sense of power a Man Should always have reserve. And often they

aren't smart enough to discern human behavior from non-human behavior. The

officer who made the false report did not go to college and he used to work in the

county jail and by choice we can assume or maybe no police departments would

employ him because he wasn't smart enough only an insane person would work in

a jail by choice based on the police reports he likely wasn't smart enough to get

any job at a police station. Taylor Swift is a Public Figure as is Mr Mitch Taebel

who as a TV Host, Vigilante, Commentator or critic has an absolute right to say

just about anything he wants about Taylor absent intentional false malicious statements, See New York Times Co. v. Sullivan, 376 U.S. 254 (1964) Something very perplexed employees of government have made clear they didn't understand and where not aware of. There was a Temporary restraining order filed 23c1033 in Nashville Eighth Circuit Court however it is Null And Void And will not keep Plaintiff from getting Married to his Obvious Soul Mate and carries a $50 fine for a violation and could never have been legally be enforced. Plaintiff Recently Filed a Motion to Dismiss and then a Motion to Vacate judgment and a Supplemental Motion to Vacate Judgement with a 16 GB USB Flash Drive With Media. No woman had ever filed a restraining order against Plaintiff. Women especially popular attractive and confident women have always liked Mr Taebel all women like Mr Taebel unless they are weird, very insecure or possessed by bad spirits. Plaintiff has reason to believe that Taylor either had nothing to do with it or was either intimidated, threatened or pressured into allowing her management employees to have her lawyers file it. They wouldn't have even been able to get the order had they not alleged in the petition that Plaintiff sent messages that he didn't send. Plaintiff called the Republican State of Tennessee Governor Bill Lee and left a message complaining about homosexuals and the fraudulent and Void Petition then posted the Voice Mail on Instagram. Plaintiff wanted a Public debate over the fraudulent, Null and void order if they didn't dismiss the petition and

called a few news stations about it stating he would fight for his soul mate if he had to on TV and Radio then sent an email to all contacts with the petition attached explaining that Taylor Swift is a Public Figure and Plaintiff has the absolute right to talk about her as much as he wants and since the petition was fraudulent they needed to dismiss it and not enforce it in the meantime and invited them to cover it Headlined Taylor Swift Filed Restraining order against Presidential Candidate which would lead to a Public awareness and a debate Plaintiff would Win. A discussion that would help Taylor and help Taylor and Plaintiff Meet Immediately either in over the phone or in person. Usually when Taylor Swift does anything especially filing a Temp Restraining order it usually gets Media Coverage. Plaintiff said he didn't send those threatening messages on Publicly on Instagram and decided to protest the fraudulent order out of justified necessity and since Taylor didn't block him on Instagram which is very easy to do Plaintiff made a video of him sending an audio message stating "Taylor I Love You We Are Getting Married" And Posted it. Plaintiff after stating the evidence in the petition was fraudulent and therefore an unconstitutional and void stated if anyone arrested Plaintiff it would be kidnapping and they could obviously be sued Google search results also said it is usually a misdemeanor to violate a Temporary Restraining Order in Tennessee however by the courts order it appears to have been an infraction. Plaintiff knows a guy from high school who was a once

violated a restraining order in Colorado while in College he was arrested and got a blow job from a female officer before he was released the girl was probably the most unattractive woman he ever dated and he now dates Very Very Attractive girls Keith Richard Gerdes who is a Model Now has pictures with Celebrities on set and who is 6'5" a Good Athlete who can do 720s over 80 ft doubles Snowboarding and who Plaintiff Boxed and Won with two witnesses. A woman who obviously knew why Plaintiff was there tried to Kiss Plaintiff while Plaintiff was illegally detained. Plaintiff expected to be able to discuss the Petition on TV, Radio and Social Media and convince her lawyers to withdraw the Petition Plaintiff and was Planning on calling Her Lawyers the Day of Her Concert in Chicago which was the day Plaintiff was unlawfully Framed and kidnapped. How that Conversation went discussing the fraudulent, Null and Void order that couldn't lawfully enforced went would have determined whether or Not Plaintiff Would have gone to the Concert. Has Taylor Swift been threatened and intimidated by government or corporate bullies these are questions a lot of people including all of her fans would very much like to see discussed on TV, Radio and Social Media in the interest of Taylor Swift and the Future of America. Plaintiff Recently saw a Press Statement made on TV by a Dr Caroline Heldman and a group of Artists describing a Coalition of organizations against "rampant rape culture" in the Music Industry the Press Statement in in Google and on YouTube.

Are Taylor Swift and Dua Lipa victims of a sort of "human trafficking" is a question many people including her fans would very much like to hear a definitive answer No from Plaintiff although it appears they could be. When Plaintiff Saw Dua Lipa at Lallapalooza Plaintiff was given front row access to an area only a few people had been admitted to and when Plaintiff pointed backstage implying Plaintiff would meet her there after the show she gave Plaintiff the impression she wasn't allowed to go back there and Meet with Plaintiff after the Show. Dua Lipa is one of the Most attractive Pop Stars on Earth the Biggest Star from the U.K. and She Looked at Plaintiff like She Definitely thinks Plaintiff who had messaged her on Instagram prior to the Concert is Very Attractive And She Very Much Wanted to Meet With Plaintiff however was not able to. Plaintiff would have expected any competent law enforcement to first figure out Plaintiff had Not sent those messages before kidnapping Plaintiff by unlawful arrest anyone assessing the situation was looking at Plaintiffs Instagram and Plaintiff thought a video of him Saying he didn't send those messages should have been considered even more credible than any written objection. The Civil Rights Division never even contacted Plaintiff in an investigation or in any way indicated they were interested in enforcing the law. Plaintiff of course does Not want Taylor Swift or any of her employees criminally charged unless Dr Taylor Swift has been harmed. At least 9/10 people in state jails didn't even bother to graduate High School or weren't

capable of graduating. Bill Gates, Steve Jobs, Mark Zuckerberg and Many of the

Most Successful people only had about two years of college or less which is why

Plaintiff only Completed an Associate of Arts Degree which is more than enough

to be President of the United States as twelve Presidents didn't even graduate

College. John Lewis apparently was arrested Forty times before he was Elected to

United States Congress Anyone has the Absolute Right to Run for President of

The United States. Twelve Presidents didn't even graduate College. Truman didn't

graduate College and didn't go to college until he was 39 years of age. Plaintiff is

very impatient and when Plaintiff and Taylor Swift still hadn't met Plaintiff stated

on social media he might have to start making fun of people and criticizing them

for incompetence if they weren't helping or suggesting Taylor and Plaintiff meet.

Plaintiff who borrowed over $2,200 to attend the Eras Tour in Nashville to Meet

Taylor Swift was escorted out of the stadium and didn't allege Plaintiff had even

done anything wrong when Plaintiff asked them three times in a 41 Minute Video

clearly stating on video it was the stadium security and not Taylor Swift or her

employees, The Video is included on a Media Disk in the Exhibits. Here is a

Transcription of Most of the Dialogue with Dr Taylor Swift's Employees:

"What's up how are you do you need VIP Access back here [Female Security Says

something something Granting Access] "I got it I'm Good Right" Heading Back

Stage Approximately 10-15 Steps in Guy Approaches "Can I see your ticket?" Pointing to wrist band received after scanning Electronic Ticket the Second Time For Floor Access "that?" "what's your name?" "Mitch you know who I am come on I'm a celebrity you know who I am" "Do I?" "I'm a celebrity what's up" "I was just making sure I was just, can I see your ticket" "yeah sure I guess do I need to upgrade I paid like $2,200 for tickets do you want to see my receipt I mean" "this guy is going to ask you some questions we are going to take care of it" "oh well I haven't done anything wrong have I?" "It's Not my decision" " Is this is the opening, this is the opening, who is the opening artist here, I came to see Taylor Swift she's up next right?" "where are we going we are going the wrong way here" "we are going back here we have to have a little conversation" "I can't have you record backstage" "okay" "you can record Audio" "were going backstage alright no recording back here let's see what's happening" "do you have your ID on you" "ID yeah go ahead" "I just want to make sure thank you" "I was hoping to work with.. PBS TV Host.." "thank you you are Mitchell Taebel is that how I pronounce it" "Taebel Taebel yes" "Got it" "Give me one more second I apologize let me see if I can get a hold of this guy real quick" "make money, more money, let's have some fun and make some money" "sorry man" "what's up" "I'm trying to get a hold of her manager real quick" "did I draw too much attention to myself I was just walking around, I was excited waiting to see her, I drove so far, I came all this

way" "you drove here?" "yeah" "with an Indiana license" "oh yeah it was like seven Hours" "did you drive today" "yeah" "now I'm missing the show" "it hasn't started yet I promise you that" "but you drove down here and you'll drive back tonight? "well I was definitely planning.." "but you didn't book anything" "yeah that's true" "that's busy man that's gunna be tuff he's finally getting back to me he's making his way" "just waiting on the manager you said you reached out to management right" "yeah management I left them a message I told them I was going to be here" "yeah I bought tickets I let everyone know I posted it on social media I'm a celebrity a lot of people are looking the media is looking everybody is looking so yeah I assumed I was definitely welcome yeah like everybody else who bought tickets" "I didn't have you on the management list so I'm just trying to figure out if the manager is coming" "okay I'd like to get on the management list It will be good for everybody I guarantee it" "you said you left them a message right" "yeah I did" "alright" "Taylor definitely knows who I am so you can just just let her know I'm here" "well it goes through the manager first... so we'll figure that out" "Emma Stone Selena here, Selena Gomez" "Selena something something but she's taking a break" "they just wrapped filming I think she is taking a break for a little while" "what are they filming out there right now?" "they are filming only murders in the building have you seen that?" "No a series or is that.." "its like a Netflix series Martin Short and steve something something Steve Martin" "I

came a long way to see Taylor Swift" "excuse me do you have any ID on you?" "yeah I just gave it to one of these guys Here" "okay great" "13 management do you see Taylor Swifts manager here I want to say hi" " I don't know who that is" "oh okay" "I'm wearing Versaci Taylor Swift wears Versaci" "you guys can Google me I'm a Celebrity I know you guys know who I am" "I was Asking For Backstage Passes then I Posted it and I took back down" "so what's your Instagram" "Name last name Taebel" "Mitch, ah Yeah that's you, Comedian too?" "Yes Smartest Man in America Comedian, Film Director, Singer, rapper" "I know I got to be on Taylor's Team She is the only one I Want to Work With" "you're the one who took all my Talent" "I'm going to be Good for the team I guarantee it" "I got one good idea after another they're so good it just I Like to Make My Propositions irresistible" they Laugh "the greatest propositions anybody has ever heard" "Good you have one new Follower" "Cool" "this is the Intro" "I can't believe you have never seen her live before" "this is Definitely the Intro Song, this is the Intro" "Come on everyone knows who I am I know it I'm Taylor Swift's Soul Mate" "Are you guys going to let me out there, I'm missing the Show everybody, I'd very much like to go out there" Taylor is Singing in the Background "Best Business Partner I'm going to be MVP on this Team I guarantee it" "I'm missing the show this is not right" "Do you guys want to Google or" "I Am" "We got to walk this way" "oh come on I'm missing the Intro to the show here this is

terrible not right not right at all I guarantee I'll make you guys so much money" "I'm a TV host I say I'm the smartest man in America on TV I came here to work with Taylor" "on cable or on the Internet?" "What's that?" "Yeah Yeah" "like a broadcast Station?" "Yeah Yeah" "I've Seen Your Instagram" "See My YouTube I've got a PBS.." "Same Name?" "What's that" "Under Your Name?" "Yeah Yeah" "You don't have an Alias" "No no I do Not I'm a Celebrity" "You're Invited to Google Me so what's up?" additional security personnel approach "we don't feel comfortable with you being on the property" "aw that's terrible that's unfortunate" "yeah" "can I get My Tickets Refunded I Mean what is this? This is ridiculous" "we can follow up on the ticket side, we can follow up on the ticket side later we don't feel comfortable with you being on the property" "Who's that?" "The Stadium" "The Stadium" "The Stadium?" "Yep so we are asking you to leave" "So it's Not Taylor Swift or her team this is the stadium?" "I'm asking you to leave" "yeah I heard you I'm just clarifying" "I'm asking you not to come back on the property" "okay you don't have to tell me twice I'm out of here alright" Mr Taebel Very confidently bolts for his car the guy that he had been speaking to previously Suddenly Very Interested in Speaking with Plaintiff Follows "You have a phone Number so I can follow up about your Ticket" Mr Taebel gives phone Number "I've never been banned from an event for having too much fun or bringing attention to myself I didn't do anything wrong nobody said I did anything

wrong right it's just like" "I, I have No, I dunno, I can't tell you exactly, listen I just do my job" "I'm not sure I'll follow up, I'll get the details and I have your phone Number We'll follow up we won't leave you hanging" "I'm the Greatest Celebrity in America Taylor Swift And I if You guys don't know who I am you guys got to figure it out" "I got it now, now I can dive in" additional personnel approaches "you got any social Media" "yeah I gave this guy, you guys got my name so I gave him my name my card" "you put your ticket up earlier then you took it down is that what you're telling me" "The ticket on Instagram?" "I think I posted that I got a Ticket and then took it down" "you have multiple social media or just the one?" (someone asks) "I'm going to dive into your Google" "was I not supposed to do that? Well I told Everyone I was coming and I didn't hear back from anybody back so I just Posted it I made it Public" Instagram users often use the Instagram Archive feature which stores Media in chronological order for future use and can be returned to its place in their News Feed any time "you guys have my number right reconsider I mean I can't believe this is happening" "I got your number so we'll follow up" "You know they let me backstage at Lallapalooza and other events and they let me backstage and I meet the Artists and The Celebrities on Video and take Pictures with them and we meet on camera and Everything I mean I'm the Greatest Celebrity in America Taylor Swift And I What's Happening Here this is totally ridiculous" "I want to learn more things

about your YouTube Your Instagram How do we Find out More about You?" "I won't mention anything about Running for President Again I won't mention it" "Do you have a Website?" "I came to work with Taylor, Mitch And Taylor See Taylor And Work With Taylor that's what I'm Here to Do um Yeah I Dunno what I got here too Early" "So do you have a website for your Presidential Run?" "Yeah Yeah I Do but we don't have to mention it I shouldn't have mentioned it once I don't know if that's what just happened" "Yeah I just came to Buy Tickets And Have a Good Time Nothing Wrong With Running For President is there?" "No, No Ambitious Man" "I got a letter from Biden I think He Supports the Campaign And He Said thumbs Up I'm A PBS TV Host Either Party We Can Go for Either Party I Said Taylor Swift is Going to be Vice-President of The United States or First Lady I Dunno We Can just be Business Partners" "there you go" "We Can just Figure it out so I Dunno" "Ah Yes She Can be Vice-President I Said You Can't Say No to that We Got to Talk We Got to Meet And talk About it so Anyways" "Yeah I'm An Award Winning Filmmaker so I Just came to Make Money I know I can make Taylor And You Guys A Lot of Money And Help Make a Lot of Money Here So um I've got a lot of outstanding tremendous Ideas Anyhow" "You got any scripts in the Works?" "No I Can Script a Show Anytime I got a Reality TV Show I Said if Taylor Wants to do a Reality TV Show We Should Do a Reality TV Show I Got All Kinds of Ideas" "You got a Twitter under your Name or is this a different

Person" "I Do Have a Twitter Yeah, I Don't Mess with Twitter A Whole Lot but ah I Do Have a Twitter Yeah" "So I Found a Mitch Taebel I Just Didn't know if this was You My phone is being slow" "Ryan Seacrest I Met Ryan Seacrest He Liked Me a Lot I met Michael Bloomberg Billionaire He Went out of His Way to shake My Hand" "You Go Out to L.A. A Lot then?" "Yeah I Work in L.A. I Work in Hollywood Yeah" "You said you drove down from Indiana How Much time you spend in Indiana" "Usually Not that Much I Prefer to Stay Working in Los Angeles there" "You Drive out there or Fly?" "Both Both" "that's a Drive, You Must put Some Serious Miles on Your Car, Is that You?" "That's My Twitter Account Yes it is Yes it is" "Who's that with You?" "I Wish I could talk You guys into letting Me Back in There I Don't Know What's Happening What just Happened there Yeah I Go to Lallapalooza I've Been to what else Ultra Music Fest What's the other one EDC oh Yeah EDC that Used to be in Los Angeles" "Did it I thought that was in Vegas" "Yeah I used to Go There" "Learn Something New Every Day" "I'm a Very Principled Principled Man some people just What's the Dealio Here I'm Just Targeted For Having Any Principles Here it almost seems like" "I'm Sorry You feel that way that's Not what we are going for" "You Know what I Just Have to be Making Money And be Working with People that I want to Work With that's why I bought Tickets I Plan to Work With You Guys And Be on the Team" "What kind of, You want to do Television what do you want to do with

her?" "Television Yeah Television is Great All the Above Whatever All the Above

Any And All the Above As Many Ways As We Can the More the Better"

"Something in Mind I can Pass Along" "Well a Reality Show is A Good One Right

there We Should Do that" "What would it be a Reality About?" "Everything

Backstage, Performances Just Anything" "About Show Life?" "Anything We

Want We Are Just Going to Make Her Look As Good As We Can As Much As We

Can A Much Bigger Star" "We Can do Better, there Are so Many Ways, I Have so

Many Good Ideas.. Always Room For Improvement And More Money" "Yeah I'm

Always Interested in Interesting Ideas" "I write Music I Perform Music I Do All

the Above Any And All the Above" "Film What Kind of Film Anything She Wants

Just Not porn" "Not that for Sure" "Did that already happen?" "what" Plaintiff did

see a few semi nudes online however they were likely fake and Plaintiff was

Joking "was there already a few pornos made?" "No no no no no" "oh okay

alright" "but there's been a few" "Yeah either way I wouldn't be surprised"

"Movies have you Seen those?" "What kind of Movies" "She's Done Cameos

have you seen those?" "Oh Yeah I've Seen her Cameos TV Performances Pretty

Good" "You have Tips?" "Not too bad but Marvel isn't working with Her And

She's Not Working As a Big Actress" "She Gunna be a Superhero What

Superhero?" "Well I Said this Blows Hollywood out of The Water I Mean there's

so Much She's Making So Much More Money the Audience the Audience the

Audience the Fans the Money I Mean this Makes Hollywood Look Like a Joke Anyways She's the Best She's Great" Singing as we Walk Past the Stadium: "I'm Not going to talk Her into Letting Me Back in there or Mentioning Me She's Supposed to object but she's not objecting what can I say the World and it's terrible ways the World is Insane" "We Could have just met for a Second And this Wouldn't be awkward And if it Was Awkward I Would just Leave but I just Need a Picture With her And Meet her for a Second So I think the fact that you guys didn't treat me like a TV Host and be like here Meet Her real fast And Take a Picture With on Video Whatever" Camera shuts off New Clip: "I think it's Right Across the Street Right Here I think We Found it I'll Stay on the Sidewalk the Grass is a little wet well it rained it stopped raining it rained a little more" "I Got My Rain Proof Boots On" "Okay You got Nice Kicks I Like those I Actually Really Like that Jacket too" "Yeah this is Versace her best uh I think Some of Her best outfits Are Versace Probably the Best One" "Yeah I know We Are the Best Celebrities on Earth So What's happening here" "Well I Got Your Contact Info" "Yeah Okay I Don't Know What to Say is this just like a business decision what is this" "I Dunno" "We Don't know what's responsible for this or How to Explain this So Yeah Google Me Instagram" "I Will I Got All Your Info" "YouTube See My IMDB The Movies I've Been in" "I'm Looking it All Up" "See You Later this is Ridiculous" "Drive Safe Man" Call Me if I Can Come Back for a Picture And to

Meet Her And You Keep the Money for the Tickets And there is No Problem but this is Not okay I Paid $2,200" "I'll relay the Messages" "And I Didn't do Anything Wrong At All You guys Said I didn't do anything wrong" (Transcription may not be 100% accurate see Video in Exhibits or online there was additional dialogue that was not on video the camera shut off once or twice Plaintiff also intentionally restarted video once or twice)

Plaintiff couldn't even think clearly after they asked to see his tickets an insisted Plaintiff go back stage to talk it appeared there was a slim chance Plaintiff was going to be able to meet Taylor that day. Plaintiff initially was a little concerned he would be Raped or assaulted or something Plaintiff Feared for his safety. Plaintiff told them Taylor Swift is the only one Plaintiff wants to work with and they should Film a Reality TV Show together Plaintiff told them Plaintiff is an Award-Winning Film Director and they asked if Plaintiff had "any scripts in the works?" Plaintiff said he can "script a show anytime". Plaintiff said the problem was that they weren't treating Plaintiff like a TV Host and inviting Plaintiff to briefly meet Taylor before the Performance and that Plaintiff has been to other concerts and was invited backstage to get pictures and video with Celebrity Performers Dua Lipa's Producer Gave Plaintiff his Number and Plaintiff met Celebrities Claire and Ellie Rosinkranz on Stage getting Video and Pictures with them Plaintiff also met

Country music star Zack Bryan on Video and got pictures with him. On Video they stated they would follow Plaintiff on Twitter and refund Plaintiff for his Purchased tickets and took plaintiff's number on video then later refused to refund Plaintiff after releasing the 41 Minute Video of Plaintiff at the Eras Tour in Nashville or after Plaintiff alleged maybe her employees were incompetent or maybe it was after Plaintiff called a lawyer in Nashville and left her a message asking her if she wanted to sue the stadium Plaintiff posted a recording of the message he left for the attorney on Instagram. Plaintiffs Instagram with approximately 1 Million Followers and almost 1700 Video Posts the Eighth Wonder of the world was canceled while Plaintiff was detained due to bad media coverage or U.S. Government intimidation. It was obviously the best record of everything before and after the eras Tour in Nashville and evidence in this case for this lawsuit and is exonerating evidence against Plaintiff's malicious prosecution which was dismissed likely they figured out Plaintiff had Not Sent those Messages. The Instagram is Priceless and must be restored. Plaintiff spent countless hours publishing irreplaceable content and commenting on other's Media which drives traffic to Plaintiffs Account and Helps Plaintiff gain support from for this Marriage Proposal And Contracts with Networks And Production Companies so Plaintiff Can Meet With Taylor in Los Angeles. According to the police reports one of her employees made a report alleging that Plaintiff had sent Instagram

Messages he did not send and that Plaintiff had been placed on a list banning him

from entry to the Concert the day of the Show however on Video her employees

stated it was the Nissan Stadium in Nashville the video is on Plaintiff's second

YouTube Channel @MitchTaebelReality and on Facebook. Plaintiff was admitted

to the Venue without issue with the tickets he purchased from the only seller he

attempted to purchase the tickets from despite allegedly being banned from the

Eras Tour. Plaintiff also called News Stations Fox11 Los Angeles, Fox17 News

Nashville, CAA and 13 Management, Messaged Her on Instagram that morning

letting everyone know Plaintiff had bought tickets to the Show and posted a video

about it Plaintiff Let Everyone know he was going that morning many hours

before the show and Plaintiff was able to access the event without issue contrary

to the claims made in the false police report by one of her employees. The

Telephone call to Fox17 News is on the Disk Exhibit 8 and the messages Plaintiff

left for CAA and 13 Management are in Plaintiff's 12 HR Documentary @ 8Hr

33Min. If Taylor And Mitch Haven't met because she is insecure, emotionally

incapable or incapable otherwise everyone including below average IQ Joe Biden

the useless Public Defender are going to look like complete worthless idiots

spineless worthless human bacteria worthless idiots because Taylor Wants very

badly to Marry Mitch and is not happy and sings about killing herself by "jumping

off a very tall something" in one of her songs. Taylor opened the Reputation Tour

with her song Are You Ready for it Lyrics begin with: "Knew he was a killer first time that I saw him" obviously if anyone respects anyone doing any killing it would obviously be by lawful prosecution or Self-Defense Only which are the most effective crime deterrents. Women Love this Marriage Proposal including Mackenzie Marsh Swift who said she is Taylor's Cousin Stating "So Bold of You" "I Love it!" Pictures of the Instagram Messages are in the Media Disc Exhibits. Plaintiff is very impatient he has never been the unattractive guy who had to win over a woman with persistence. Plaintiff doesn't want to have to say more than he should have to. Taylor Swift Asked for Help on TV Speaking with Jimmy Kimmel she described bad spirits telling her it was time to change sounded as if they were killing her soul she didn't like it all and stated she wanted to metaphorically wants to "stay in the forest" as in live a happy healthy life and be a good person. Taylor Has Never been Happy without Her Soul Mate Plaintiff is Obviously Her Soul Mate the Zoom tele web appearance on the Show are in Plaintiff's Film. There were other allegations made that were not threats or in any way intended to harass and were taken out of context or completely fraudulent. Plaintiff needed the Money returned to attend the concert in Chicago and for other reasons. Plaintiff stated in His Film that Taylor And Mitch Are Soul Mates and Should Run to each other and at the Very Least Plaintiff Needs Her to Video Call Plaintiff a Very Sensible and Reasonable request from a TV Host however apparently to some

these days it's too much to ask a girl to call a man if they haven't already met in person although women call Plaintiff all the time and always have and most people now meet on dating apps so Calling a TV Host Model and Actor definitely shouldn't be too much to ask and wouldn't be if that Taylor didn't talk about being scared of being framed on TV. Dr Taylor Swift and Mr Mitch Taebel are clearly very gifted creative artists very intelligent and capable of making a living and getting everything they need and want in life lawfully. Plaintiff had stated that if anyone had threatened Taylor Swift preventing her from meeting with Plaintiff a Presidential candidate they could obviously be charged for Treason or other crimes before his Instagram was canceled after kidnapping just as most of Plaintiff's Best YouTube Productions were taken down without his consent after the incident in 2018. Obviously Social Media is Character, Circumstantial and often especially in this case exonerating evidence and anyone would presume a Social Media Company could be Sued for Lots of Money for taken down Social media that is in any way involved in a civil or criminal case. It's obviously not illegal to inform people of the law to stop or prevent a crime from being committed. Plaintiff published a telephone recording with the Indiana Governor's office On Instagram and Facebook on Feb 7th 7 Min 43 Sec long. Plaintiff also Speaks at The Long Beach Town Council Meetings stated on video on Public Record that Plaintiff has case law that shows victims of unlawful detainment can be awarded over $1

million for every day they were detained Plaintiff asked the Town Citizens and Town Council to Support his lawsuits and invited everyone to follow Plaintiff on Social Media Video of Plaintiffs Public Statement at the last Town Meeting can be found on his TikTok @theguardian464 his Instagram @vigilantihero and his second YouTube Channel @MitchTaebelReality See Also TikTok @MitchTaebel and Facebook @MitchTaebel. Plaintiff was a Prom King Nominee like will Ferrell and Plaintiffs mother was a Prom queen in a school with thousands of people like Ryan Seacrest. Plaintiff Was a Two-Time State Flag Football Champion in the State of Arizona before he Graduated from a Private High School in West Sedona which Plaintiff attended with Katie Wick the daughter of the owner of the school who has pictures with Presidential Candidate Rick Santorum on Facebook and defended Plaintiff with the Media after Plaintiff was kidnapped Jan 24th 2018 while attending ASU For Film And Media Production for a semester to make a Film with the University Students Plaintiff Expected to be Director with a plethora of College Students eagerly ready to Assist His Production About The Civil Rights Act. Flag Football is Superior in Many ways with great Athleticism to tackle Football which is obviously associated with severe brain damage. Plaintiff would Like to remake Mississippi Burning with Gene Hackman Released in 1988 based on a True story where three Civil Rights Activists who were Murdered after an illegal traffic Stop And The U.S. Government Employed the Navy under the posse

comitatus Act to Aid Federal Law Enforcement in Investigating and arresting the

State Law Enforcement responsible for the murders. Plaintiff is also Very

Interested in Producing an Entirely New Version of Heroes Enforcing the Civil

Rights Act could be arresting judges, prosecutors and police for misdemeanors or

whatever crimes are found on Public State Court Records Plaintiff Would Like to

Make the Film With Taylor Swift And Marvel. Plaintiff also has considered

Making a Film or TV Series About Directors Working in Show Biz. Plaintiff's

twelve-Hour Film And All of His Social Media Could also be Modified and Edited

into a Spectacular Reality TV Series. Plaintiffs Award Winning Political Film

LOGIC was Filmed in Downtown Los Angeles where Plaintiff as a TV Host And

Journalist interviewed Presidential Protesters. Plaintiff's Award-Winning Film

Best of Fall was a Fishing Film Mostly Fly Fishing And one of the Best Ever

Made And Makes The River Runs through it look Like a Joke. ASU has many

notable alumni including Jimmy Kimmel and David Spade See Wikipedia for

Notable Alumni. Plaintiff was Kidnapped after a 60 mile mostly slow speed police

pursuit that escalated after an officer assaulted Plaintiff in his vehicle during the

peaceful civil protest and an accident occurred that would not have otherwise

happened if it was not for the use of excessive force and numerous policy

violations by law enforcement as the Media brought attention to MaryEllen

Resendez questioned a public information officer who made a Press Statement as

to whether the pursuit should have been "suspended before that time" of the accident and Dave Biscobing from ABC15 were two Journalists who defended Plaintiff criticizing law enforcement for their policy violations defending the Constitution, Justice and the safety of every citizen in America they deserve a Nobel Peace Prize. After Plaintiff made a Press Statement better than Anyone in Government lasting almost 15 Minutes Crystal Cruz at KCAL CBS2 Los Angeles went to Plaintiffs Apartment Building in Downtown Los Angeles and stated Plaintiff was an "Actor and Model who Lives Here in Los Angeles". Lauren Reimer from CBS5 PHX stated the kidnapping of Mr Mitch Taebel was a "High-Profile arrest". Plaintiff Aced Martial Arts and Studied Self-Defense College and Could have been a pro Boxer who now Make $275 Million per Fight Plaintiff boxed Pro Boxers in College and Won However Plaintiff wanted a much more civilized intellectual Profession Which is why Plaintiff moved to Los Angeles to work in Film and Television and Plaintiff knew he was President. And Plaintiff would much prefer having security that would shoot anyone who would ever try to assault him. A Number of U.S. Civil Rights Division Complaints were sent, See Also the Docket History for that case on the Az Website. Metro Monitor ran a search for us for free and there were 64 News Broadcasts Across the Country in their search results however none of the Media Broadcasts Uploaded to YouTube Were in those search results meaning there had been astronomically more

Broadcasts that covered the story it was one of the Biggest Police Pursuits of All Time. Jeff Mayes The Chief Editor at the Michigan City Herold Dispatch published Plaintiffs Presidential Campaign in the Newspaper Nov 8th [2]2021. Drew Tallackson Editor at the Long Beach Beacher also published Plaintiffs Book Signing in the Local Newspaper. At Plaintiff's Book Signing Plaintiff met Donna Kavanagh a TV Host at WNIT PBS And Radio Host at Harbor Country Radio Plaintiff is now her TV Co-Host there are currently three episodes of the TV Show What Gives? That Aires on Comcast And AT&T and three-Hour Long Radio Talk Shows Plaintiff has done with Harbor Country Radio on Plaintiff's YouTube Channels. Plaintiff also knows Brooke Wojdynski who is Semester at Sea Alumni and Has Pictures With Joe Biden Plaintiff and Ms Wojdynski are friends on Facebook and Plaintiff often Sends Her Media and Many Messages which Plaintiff and/or Assistants Copy and Paste and Share with all Contacts Plaintiff has also sent Her Copies of a Number of Complaints Plaintiff has been filing in Court. Plaintiff went to school with Jessica Mahoney "Jesse Money" who is Eddy Money's Daughter and has pictures with a number of Celebrities including Owen Wilson. Plaintiff also went to school with Sam Scott who works as a Production manager at NBC Universal. Plaintiffs Good Friend if I had a Younger brother Keegan Ray Selby Co-Founder of Fourth Revolution Capitol Crypto Currency exchange and Has Pictures with Will Ferrell and California Governor Arnold

Schwarzenegger. Plaintiff Dated on Semester at Sea Tara Green Jackson who worked at Extra TV and met Many Celebrities Messages included in Exhibits. Plaintiff also attended La Lumiere High School a very prestigious College Prep Catholic Private School attended by Chief Judge Roberts of The Supreme Court of The United States Jim Gaffigan Chris Farley and many more Celebrities and Public Figures Plaintiff wore a blazer and tie every day notable alumni are listed on Wikipedia. Plaintiff Dated two Prom Queens in High School that were posting on Plaintiffs Facebook wall over five years later Plaintiff Dated a very attractive playboy model named Sarah Summers Google "Sarah Summers Playboy" you can buy Posters of her online. Summers also has Pictures with Other Celebrities Including Hugh Hefner. Based on her photo shoots she is attractive as any woman in the Entertainment industry some might say more and she wanted a baby with Mr Mitch Taebel. Taylor is a Brainiac like Plaintiff who is attracted to her for her personality and brain she may not know everything about politics because that was never a priority for her she is a creative genius like Plaintiff who sees and understands many things she doesn't Plaintiff will be the good Taylor Swift. Taylor is smart enough to appreciate a Genius which intelligent women find more attractive than anything especially for a husband. The only reason Plaintiff wasn't more successful in entertainment is because the Entertainment Industry is only permitted to give so much and Plaintiff and Taylor have always already had a lot

going for them apparently. Plaintiff dated two girls on Semester at Sea that were posting on his Social Media years later. Plaintiff Met a girl on the Film Set of New Year's Eve in times square working on set for two days and with Ryan Seacrest, Ashton Kutcher and Michael Bloomberg Billionaire Mayor of Nyc and Presidential Candidate and Plaintiff Lived with the girl he met on that Movie Set on the Upper East Side of Manhattan and dated her for about six years she recently said she Loves Mr Mitch Taebel More than She has ever Loved Any Man. She Wanted a baby with Plaintiff who apologized to her for not giving her a baby on a recorded telephone call which is in The Films on YouTube. As Much as Plaintiff liked the women he Dated Plaintiff never wanted to get Married. Any of Plaintiff's girlfriends would have Married him. The Only Woman Plaintiff has ever wanted to Marry was Taylor Swift. Plaintiff doesn't like to fight but obviously will fight for his life and needs Taylor Swift to survive. While Plaintiff has stated that in a Presidential Election Plaintiff would expect to be able to reach agreeable terms with either Party for Nomination Plaintiff has generally sided with the Republicans (Although the democrats better Appose "qualified immunity" which in plaintiffs Professional Opinion is a National Security threat and a threat to everyone's Constitutional Rights Likely all these complaints will be dismissed for one reason or another giving Plaintiff the run around without serving complaints or even requiring the respondents to respond although in the past Attorneys would

compete for cases like this especially with media Coverage at Least California

they do Anyhow Plaintiff) on more issues however almost all the girls Plaintiff has

dated have favored the Democrats and when there may be issues they would

disagree on Plaintiff usually avoids talking about those issues entirely because

Plaintiff doesn't like to argue with his girlfriends because Plaintiff enjoys having a

healthy peaceful relationship infinitely more than he cares about political issues or

anything they may disagree upon. Ronald Reagan and Trump both considered

themselves Democrats Before Supporting the Republican Party which is generally

considered the lesser of two evils for a number of reasons one being that the

democrats often raise taxes on even the middle and lower class who can't even pay

their bills. Plaintiff's Best Friend in High School and after has always been our

Prom King and Quarterback David A. Rich a jew who Now works for Chartwell

Law and attended the Thomas Jefferson School of Law in San Diego. Mr Rich two

years older and Plaintiff went to Park City, UT for Spring Break had sex with girls

and went skiing And Snowboarding when Rich was in College at NAU. Plaintiff

was still in High School and the Most Popular young man there just as he was at

La Lumiere and on Semester at Sea. In High School the faculty said they thought

Plaintiff should be Prom King. Plaintiff could have been Prom King if he really

wanted he just didn't want to be overzealous about being the most popular guy in

school. Plaintiff has always got the best-looking girls Plaintiff has dated

Celebrities Singers Models Actresses and Dancers in South Florida and Los

Angeles. Plaintiff Opted to live on Campus at La Lumiere freshman year of high

school after about a month because he enjoyed living with wealthy Ambitious

High School Students his own age Plaintiff also chose to Live with Students in

Sedona Az by Choice because it was much more fun than living with his parents

and it helped Plaintiff mature and become an actor and socially advanced. For

many people moving out of their parents' house to attend college and live with

scholars their own age from all over the world is the greatest thing they will ever

do in life to develop social skills that will help them professionally the rest of their

lives Plaintiff was already doing this all through high school then when he moved

out of state to attend Colorado Mountain College he lived in co-ed dorms

freshman year as required by many colleges then Again when Plaintiff traveled

around the World on Semester At Sea through University of Virginia with over

almost 700 Scholars from around the World Obviously only the Coolest Scholars

in College Study on Semester at Sea. Plaintiff is a TV Host at WNIT PBS and a

TV Host is one of the most respectable positions on Earth as not many people are

smart or confident enough to speak on TV however like many nonprofits PBS

lacks sufficient funding so Plaintiff's TV Co-Host and Producer Donna Kavanagh

declined any payment from PBS which is why Plaintiff lacks the funding to pay

the filing fee Plaintiff requests this court appoint U.S. Attorneys to Assist this

Complaint in the Interest of Justice. Most of the Most Successful Entertainers had little or no Money before making Hundreds of Millions Lisa Brennan-Jobs who is Now a Billionaire was working as a Waitress, cleaning homes and on Welfare before She Married Steve Jobs. Plaintiff's Father Before Making Millions Married a Woman whose family had hundreds of Millions and owned Banks in Illinois. Plaintiff has always Been the Leader in His Family. Plaintiff is also Much Funnier More Confident And Smarter than His Parents. Semester At Sea Now has More than 73,000 Alumni and Plaintiff in many ways working in Entertainment has probably already been as successful than any of them obviously the best of the best Move to Los Angeles to Try Working in Film And Television at some point if they think they have it. Taylor Swift recently posted a Picture of her with Katy Perry with whom she had a feud Now they are friends again. Plaintiff is not genuinely in Suing Dr Taylor Swift And Very Much Wants to Marry Her. Plaintiff's Priority has never been Money and Plaintiff knows Taylor Swift's Priority is not making more money even if she thought it was. Artist's Priority is generally their work and the money comes naturally as they compete against themselves and everything they have already produced. Plaintiff thinks the obvious reason Plaintiff and Taylor Swift have not Met is due to Corporate Monopolization and intimidation which Dr Taylor Swift has complained about on TV and Joe Biden's failure to do anything about it and/or direct threats or

intimidation by the executive branch under this administration and/or at the very

very least his failure to utilize the U.S. Civil Rights Division to Defend The

Constitution and enforce the law or even acknowledge any wrong doing by Public

Servants who have clearly violated the Law And Bad Press Coverage leading to

Mass Confusion. Obviously a number of State Public Servants could have been

charged for Treason, kidnapping, conspiracy, torture, malicious prosecution and a

number of violations of Supreme Court of The United States Rulings which is a

criminal offense under the Civil Rights Act etc including dismissal of valid

complaints If they had even been charged for misdemeanors to simply

acknowledge wrong doing Plaintiff would Most Likely had Met with His Soul

Mate Taylor Swift by Now and Plaintiff would have got much better Media

Coverage and Would have been offered numerous contracts in the Entertainment

Industry by Now and Already Living in California or Sydney where Plaintiff a

Very Talented and Hard Working Man Should be. Plaintiff has a Very Tasteful

sense of Humor most people will agree that most of the comedy these days is

diabolical to some extent. The "Fairness Doctrine" which legally requires the

Media to Cover both sides of Public issues Can Not Constitutionally be

invalidated by the FCC. And the "Equal Time Rule" Should Have Applied All this

Time Plaintiff Still Very Much Deserves to Make a Press Statement and the Media

is Legally Obligated to Give Plaintiff An Opportunity to Make a Press Statement.

No Human ever wants to see a Prom king Nominee or TV personality in jail ever. The Entertainment industry is the most competitive profession on earth and obviously people who think they have what it takes give working in Film and Television shot in College or after. No Celebrity will ever live in the state of Indiana or any state that does not hold a Press conference if a Celebrity is arrested or announces candidacy for any political office. Plaintiff Obviously Would Never Believe that Taylor Wouldn't Want to Meet With Plaintiff Ryan Seacrest Gave Plaintiff the Impression Plaintiff is Obviously the Man with the Plan and would Agree with whatever Plaintiff says as did many other Celebrities and Anderson Cooper. Taylor, I Love You More Than Any Man Has Ever Loved a Woman We Must Get Married. President of The United States is just a job in Public Service I've always Expected I was Supposed to do Eventually We Can Talk About it Next Election or at any time in the Future The Priority Here is Clearly Getting Married You Taylor Are the Priority And Unless We Are Above the White House And Something is Wrong with the Oval Office and Repulsive for Some Reason I am Unaware of then I Can't Imagine You And I Won't be Interested in a Term or Two at Some Point. Plaintiff has Asked Taylor Swift or Her Attorneys to Give Plaintiff a Call or Schedule a Hearing Immediately. Sean Hannity offered Plaintiff a part time job as a remote TV Host and a Loan of $75k Approximately After Plaintiff Sent Him Pictures of The Two Prom Queens in High School Posting on Plaintiff's

FB Wall over Five Years Later or at least someone pretending to be Sean Hannity.

After Plaintiff's arrest They Filed a Motion for a Hearing and sent multiple Copies

to Plaintiff and to Plaintiff's Home Clearly they Didn't Expect Plaintiff to Ever be

detained A Court appointed two doctors to evaluate Plaintiff who said Plaintiff was

competent and one of them the younger smarter doctor the only one who looked at

Plaintiff's Media in Depth Seemed to think Taylor and Plaintiff were likely Getting

Married. Plaintiff Aced abnormal Psychology and is Smarter than any Doctor a

Good Psychologist is a Philosopher and Plaintiff is The Greatest Philosopher on

Earth Plaintiff is Dalai Lama Smart and Plaintiff is very confident Taylor will be

very happy with Plaintiff whether they get married immediately or work together

first. Plaintiff rarely uses sarcasm However When Plaintiff Said He Would have to

Convince Women Everywhere to Want to Marry Him Plaintiff was being a little

Sarcastic Plaintiff Very Much Hopes that Dr Taylor Swift is Very Attracted to Him

and More So than Any Woman on Earth And they Get Married Very Very Soon.

Plaintiff is Certain that Taylor And Mitch Are Obvious Soul Mates And Could

Live on an Island Together Like Blue Lagoon And be Very Very Happy together

and Plaintiff Never felt that way about any of the girls Plaintiff Dated who all

were Very Happy Dating Plaintiff so these Two Obviously Need to Meet

Immediately. Taylor Swift was born December 13th 1989 and Likes Numerology

and the Number 13 Plaintiff was Born September 1st 1986 and is First Number

One The One For Taylor Swift. Dr Taylor Swift and Mr Mitch Taebel Need a Camera Crew to Follow them wherever they go and to Film a Reality TV Series or Series of Documentaries. Plaintiff is Much Smarter than Dr Taylor Swift Maybe a Billion Times Smarter And Plaintiff Likes Her Much these two are Definitely Getting Married! Taylor's Niche is Smart and Plaintiff is Very Very Smart and is what Many of Her Fans Like Most about Her. Plaintiff is Much Smarter than Everyone Taylor May or May Not have a Keen sense of What is Happening here it appears unlikely What is clear is that She is Obviously Plaintiff's Soul Mate 34 Unmarried And is Clearly Not Yet Happy and all Women Like Men a Lot Smarter than they are. Plaintiff spoke with one of Taylor's lawyers Olivia Arboneaux Who Was Very Nice and Stated She Would Have to Figure out What was Going on and Get Back to Plaintiff Plaintiff Got the Impression that they Know Dr Taylor Swift and Mr Mitch Taebel Are Obvious Soul-Mates however apparently have been Unable to Assist Dr Taylor Swift and Mr Mitch Taebel in meeting or schedule a Conference call. Plaintiff spoke briefly with Taylor's Father Scott and Plaintiff Knows they Will get along Great Plaintiff used to text him and occasionally leave him Messages which Plaintiff would Usually Post on Social Media. Taylor's father reminds Plaintiff of the Investors and Stock Brokers Plaintiff Grew up around As Cool of People as anyone in the Entertainment Industry! Plaintiff Likes Very Much Taylor's Mother Andrea who Loves Taylor As Much As Anyone her dog

and had cancer which obviously makes Her Our New Best Friend! Plaintiff Spoke to a Cody Swift over the Phone who originally denied being Related to Taylor then later Asked for $500 For Taylor's Phone Number Plaintiff Thinks it would be better if He Not Say Stuff Like That He's Not Saying Stuff Like if He is Related to Taylor! Plaintiff has Filed a Complaint Against Biden See Boumediene V. George Bush, 553 U.S. 723 (2008) Given the Circumstances It is Absolutely Necessary And Should Help Dr Taylor Swift And Plaintiff whose Property Wasn't Returned Until After Plaintiff Filed An Amended Complaint March 13th, See Taebel v Biden 2:24-cv-66 in Hammond. Plaintiff Spoke With Taylor's Cousin Mackenzie Swift Who Stated "Wow Mitch –How Bold of You. I Love it! Yes I am Her Cousin :)". Taylor's Friend of Many Years Ed Sheeran Messaged Plaintiff When Taylor was at the Grammys He Probably saw her dancing with The Latinos and Knew We Were Getting Married That Was Mitch Everybody that is Definitely Mitch. Plaintiff took Bachata and Salsa Lessons and Hip Hop at Millennium Dance in North Hollywood California Where Brittany Spears, The Backstreet boys and Many other Very Successful Artists Have Danced. An Instagram Account Named 13 Management Stated they were owned by Taylor and When Plaintiff Asked What thought of The Marriage Proposal They Stated "Happy Wedding" See USB Flash Drives. Plaintiff Recently Emailed Callie Hinson an Attorney for Dr Swift and Callie Emailed Plaintiff Back confirming She Has Received a Link to

Plaintiff's Last TV Appearance And a Copy of The Amended Complaint Filed in Nashville However Plaintiff has Not Been Able to Keep Anyone on The Phone or have any Meaningful Discussion There is no extent to the insanity that could remain in people's Minds When People refuse to Talk Plaintiff Thinks He is being Very Reasonable. No Civilized rational Human Being is overly Impressed by anyone who can catch a ball Has Everyone Seen What a Monkey or Border Collie Can do. Is This a Parasite Retard Apocalypse We Certainly Hope Not. Taylor I Have To File All This on Public Record because Taylor has completely obvious lost her mind completely And Clearly Needs Assistance from Humans With Brains! Plaintiff Studied Psychology on Semester at Sea And through College And is Everything And More Taylor Ever Dreamed of Plaintiff So All The Smart People Will Know You Have Either Completely Lost Your Mind or are Unable to Video Call or Meet With Me And Obviously Need Assistance from Humans With Brains. Plaintiff Hopes this Helps!!!


Attached Hereto As Exhibit 1) Plaintiff's Actor's Access Acting Resume and in Google Also Missing Many Credits As Included Pay Stubs Show, Exhibit 2) Plaintiff's Certified World Record which is also public on the IGFA Website, Exhibit 3) Plaintiff's Certified Junior IGFA World Record When Plaintiff Was 13 Years of Age, 4) Three Notices of Manual Filings For Similar USB Flash Drives

With All of Plaintiff's Greatest Films in Other U.S. District Courts, 5) 52

Documents Proving Plaintiff Very Much Likes to Work in The Entertainment Film

and Television And The Entertainment and Television Industry Very Much Likes

to Work With Plaintiff Here Are Just a Few Life Happens BFF & Baby With Kate

Bosworth, Rachel Bilson, And Krysten Ritter, For The Love of Money With Inbar

Lavi, Delphine Chanaec, Meridith Scott And Leilani Sarelle, The Ringer With

Sarah Michelle Gellar, Andrea Roth And Jaime Murray, The Good Wife with

Julianna Margulies, Christine Baranski, Archie Panjabi And Makenzie Vega, Burn

Notice with Gabriella Anwar, Extra TV with Mario Lopez, Renee Bargh, Terri

Seymour, Jennifer Lopez And Director Olivia Hoopman, NYE  With Michelle

Pfeiffer, Alyssa Milano, Jessica Biel, Katherine Heigl, Sofia Vergara, Jackie

Seiden, Halle Berry, Yeardley Smith, Drena De Niro, Juliette Angelo, Christine

Lakin, Sandra Taylor, Shea Curry, Hillary Swank, Ryan Seacrest, Ashton Kutcher,

Wedil David, Seth Meyers, Nicole Dupre Sobchack, Anna Kulinova, Carla

Gugino, Lea Michele, Abigail Breslin, Sarah Jessica Parker, Mara Davi, Julia

Randall, Katherine McNamara, Beth Kennedy, Kendra Jain, Pan Am With Kelli

Garner, Annabelle Wallis Who Looked at Mr Mitch Taebel Like he was a god,

Christina Ricci, Erin Cummings And Margo Robbie Many More Great

Entertainers TV And Film Productions Plaintiff Was a Part of, 6) is the Docket

History for Case 46D01-2305-F5-000771, Exhibit 7) Docket History for Malicious

Prosecution brought several days later after Bad Media Coverage of Kidnapping

46D04-2306-F6-000840, Exhibit 8) The Taylor Swift Fraudulent No Probable

Cause Affidavit for the Charges Dismissed, Exhibit 9) A Complaint Filed While

Plaintiff Was Unlawfully Detained See Mitch Taebel v Taylor Swift 2:23-cv-258

Filed July 24th 2023, The Motion Filed by Taylor Swift and Her Attorneys

requesting a Video Zoom Call with Plaintiff and Plaintiff's attorney Refuses to

Arrange An Attorney Proving Conspiracy Against Plaintiff's Constitutional Rights,

Exhibit 10) Plaintiff's College And H.S. Transcripts, Exhibit 11) SEE Manual

Filings Filed With This Complaint Including A 128 GB SanDisk USB 3.0 Flash

Drive With Lots of Media and Exonerating Evidence And Character Evidence

According to SanDisk Customer Service Should Last a Century or More Including

Five of the Greatest Romance Comedy Films Ever Made in Full HD High Quality

Video Files Produced by Plaintiff Filmed with a Cannon 90D and an iPhone11 Pro

Max, A Full HD 1080p 75.1 GB Master File of The 11 HR 59 MIN 13 SEC

Greatest Film Ever Made Titled Celebrities Mr Mitch Taebel and Dr Taylor Swift

Must Get Married Immediately!!!!, The 41 Min 27 Sec Video of Plaintiff at the

Eras Tour Speaking with Taylor's employees, And a Full HD 1080p Master File of

Plaintiff's Latest Production Another Greatest Film Ever Made a 1 Hr 38 Min 54

Movie Titled Celebrities Mr Mitch Taebel and Dr Taylor Swift Are Obvious Soul-

Mates!!!!  Included Are Telephone Recordings With News Stations and Assistants

to Governor's Offices, Commercial Reels, Two Statements By Plaintiff At The

Monthly Long Beach Town Council Meetings And Ten Videos of Plaintiff's Stand-

Up Proving Plaintiff is the Greatest Speaker Actor and Comedian in The

Entertainment Industry.

Plaintiff Demands $ 100 Billion From Dr Taylor And Has Shown Clear and

Convincing Evidence of imminent threat of serious harm and irreparable injury

and Demands The U.S. Courts Order An Injunction Against Any Malicious State

Prosecution Stemming from The Unlawful Dr Taylor Libel Slander and Negligent

Proximate Kidnapping by Unlawful Arrest in Very  Justified Constitutional

Interest.

Dated: March 22nd 2024

Mitch Taebel
215 W. 6th St Suite 314
Los Angeles, CA 90014
(219) 346-0017

# EXHIBIT 1

# actors access

www.actorsaccess.com
Breakdown Services, Ltd.

## MITCH TAEBEL - SAG-AFTRA



## Résumé

### FILM

| | | |
|---|---|---|
| "J. EDGAR" | POLICE OFFICER | DIR. CLINT EASTWOOD |
| "MIB III" | NEWS REPORTER | DIR. BARRY SONNENFELD |
| "NEW YEAR"S EVE" | DETECTIVE | DIR. GARY MARSHALL |
| "HISTORY OF L RON HUBBARD" | NAVAL OFFICER (PRINCIPAL) | GOLDEN ERA PRODUCTIONS |
| "SUGAR" | CLUB PATRON | DIR. ROTIMI RAINWATER |
| "BFF & BABY" | PARTY GOER | DIR. CAT COIRO |
| "FOR THE LOVE OF MONEY" | PARTY GOER | DIR. ELLIE KANNER |
| "CONFESSIONS OF A SHOPOHALIC" | SHOPPER | DIR. PAUL JOHN HOGAN |

### TELEVISION

| | | |
|---|---|---|
| "SCORNED" | DEWAYNE BARRENTINE (PRINCIPAL) | DISCOVERY ID |
| "CELEBRITY CLOSE CALLS" | OFFICER BETZ (PRINCIPAL) | BIOGRAPHY CHANNEL |
| "1000 WAYS TO DIE" | EMT (PRINCIPAL) | SPIKE TV/ALEX HARVEY |
| "YOU'RE CUT OFF" | COWBOY (DAY-PLAYER) | VH1 |
| "AMERICA'S COURT" | PLAINTIFF (DAY-PLAYER) | ENTERTAINMENT STUDIOS |
| "CSI:NY" | STAND IN | CBS |
| "BURN NOTICE" | BEACH GOER | USA |
| "MAS SABE EL DIABLO" | OFFICE WORKER | TELEMUNDO |

### COMMERCIAL

MITCH TAEBEL - Resume | Actors Access

| | | |
|---|---|---|
| XOOM.COM | XOOM USER (LEAD) | DOO LEE/RPOV |
| FANTASY FOOTBALL | MOTORCYCLIST (PRINCIPAL) | TALENT SOLUTIONS/ESPN |
| FARMER BOYS RESTAURANT | FATHER (PRINCIPAL) | LYON STUDIOS |
| FRANCE 2 TV PROMO | RUNNER (PRINCIPAL) | FREDERIC GRIVOIS/PARADOXAL |
| DC NATION | AQUA MAN (PRINCIPAL) | B2 STUDIOS |
| PANASONIC | HUSBAND (PRINCIPAL) | ZAZOU PRODUCTIONS |
| NASCAR | DATING COUPLE | HSI PROD./FOX SPORTS |
| HYUNDAI | DRIVER | COOPERATE IMAGE |

## INTERNET/INDUSTRIAL

| | | |
|---|---|---|
| "INTERCLICK" | HOST | INTERCLICK MARKETING |
| "TENDON EASE" | ATHLETE | SMB MARKETING GROUP |
| "PANASONIC END CAP VIDEO" | SKYPE USER | CARBON PRODUCTIONS |

## PRINT

| | | |
|---|---|---|
| ANVIL SPORTSWEAR | MODEL | SHANNON STAPLETON |
| BODYMAKER JAPAN | MODEL | YOSHI OHARA/MARS |
| KILPLINGER MAGAZINE EDITORIAL | MODEL | ALLISON MICHAEL ORENSTEIN |
| RINESCO | MODEL | PAUL ARESU/SUNOVIAN |
| FALL JACKETS LINE 2011 | MODEL | ADAM METIN/ASTON LEATHER |
| STOCK PHOTOSHOOT | MODEL | JOSE/JLP STUDIOS |
| STOCK SHOOT-LOVE | MODEL | DREW MEYERS/CORBIS IMAGES |

## TRAINING/EDUCATION

| | |
|---|---|
| SCENE STUDY | SAL LANDI |
| IMPROV | CHRIS BERUBE |
| COLD READING | JENN CRATER |
| SCENE STUDY | PAOLO CRATER |
| SCENE STUDY | JAKE CARPENTER |
| SCENE STUDY | BRUCE HICKEY |
| ACTORS INTENSIVE | KIRK BALTZ |

MARTIAL ARTS-MUAY THAI,TAEKWANDO,HAPKIDO, BOXING DANCE-BALLROOM,SALSA, BACHATA,CLUB/FREESTYLE, LINE DANCE ACCENTS-AUSTRALIAN,SUTHERN, NEW YORK STUNTS-STAGE COMBAT,DRIVING

## Physical Characteristics / Measurements

2/28/24, 8:35 PM                                MITCH TAEBEL - Resume | Actors Access

Height: 5'11"                        Weight: 170 lbs                        Eyes: Green

Hair Color: Blonde              Hair Length: Short

ACCENTS, GUNS, MARTIAL ARTS, PRECISION DRIVING, PRESIDENT, SINGING, STUNTS, Archery, Badminton, Baseball, Basketball, Billiards/Pool Player, Boating - Sail, Body Surfing, Bowling, Boxing, Canoeing, Combat - Stage, Cycling, Cycling - Mountain Biking, Diving, Equestrian - General, Fishing, Fly Fishing, Football, Frisbee, Golf, Hackey Sack, Handball, Ice Hockey, Ice Skating, Jet Skier, Jump Rope, Kick Boxing, Martial Arts, Martial Arts - Taekwondo, Motorcycle Riding - General, Mountain Climbing, Parkour, Ping Pong, Pogo Stick, Racquetball, Rappelling, Rock Climber, Roller Skating, Rollerblading, Running - General, Running - Long Distance, Running - Sprint, Sailing, Sailor, Scuba Diver, Scuba Diving, Sculling, Shooting - Revolver/Automatic, Shooting - Rifle, Shooting - Skeet/Trap, Skateboarding, Sky Diving, Snorkeling, Snow Skiing - Cross Country, Snow Skiing - Downhill, Snow Skiing - General, Snowboarding, Snowmobile, Soccer, Softball, Surfing, Swimming - ability - general, Swimming - backstroke, Swimming - breast stroke, Swimming - butterfly, Swimming - diving, Swimming - freestyle, Tennis, Track & Field, Trampoline, Volleyball, Water Skiing, Weight Lifting, Wind Surfing, Wrestling, Yoga, Dance Ballroom, Dance Hip Hop, Dance Tango, Dancer, Firearms, Host, Juggler, Licensed Driver, Modeling, Motorcyclist, Precision Driver, Stunts, Vocal Range: Baritone, Vocal Range: Bass, Vocal Range: Tenor, Vocal Style: Belt, Vocal Style: Legit, Voiceover, Whistler, American - New York Accent, American - Southern Accent, Australian Accent, British - Cockney Accent, Canadian Accent

# EXHIBIT 2



# WORLD RECORD
## INTERNATIONAL GAME FISH ASSOCIATION

This is to certify that

## Mitchell Taebel

Has been awarded a world angling record for a catch
of the heaviest fish of a species in an approved line class category, and that the
catch was made in accordance with international angling regulations.

| | |
|---|---|
| Grass Carp | 5.44 kg (12 lb 0 oz) |
| Species | Weight |
| Tippet 03 kg (6 lb) | October 23, 1999 |
| Record Category | Date of Catch |
| Coconut Creek, Florida, USA | |
| Place of Catch | |

In witness whereof, the undersigned have affixed their signatures.

Executive Committee Member          President



# EXHIBIT 3



# Junior Angler World Record

## INTERNATIONAL GAME FISH ASSOCIATION

This is to certify that

### Mitchell Taebel

Has been awarded a Junior Angler world record for a catch
of the heaviest fish of a species, and that the catch was made
in accordance with international angling regulations.

| Grass Carp | 5.44 kg (12 lb 0 oz) |
|---|---|
| Species | Weight |
| M-Junior | October 23, 1999 |
| Record Category | Date of Catch |
| Coconut Creek, Florida, USA | |
| Place of Catch | |

In witness whereof, the undersigned has affixed his signature.

· President



# EXHIBIT 4

# IN THE U.S. DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
RECEIVED

MITCH TAEBEL

V

TAYLOR SWIFT

MAR 2 0 2024

U.S. District Court
Middle District of TN

CASE No: 3:24-cv-00206

NOTICE OF MANUAL FILING

TO BE FILED ON PUBLIC DOCKET ENTRY ADDITION OF USB 3.0 SANDISK
FLASH DRIVE 128 GB WITH A FULL HD 1080p HIGH QUALITY MASTER FILE 75.1
GB OF THE GREATEST FILM EVER MADE 12 HR 59 MIN 13 SEC TITLED
CELEBRITIES MR MITCH TAEBEL AND DR TAYLOR SWIFT MUST GET MARRIED
IMMEDIATELY!!!!! (PUBLISHED ON YOUTUBE MAY 27TH 2023),  FULL HD 1080p 17
MIN 3 SEC FILM TITLED LOOKS LIKE CELEBRITIES MITCH TAEBEL AND TAYLOR
SWIFT ARE GETTING MARRIED!!!!,  FULL HD 1080p 1 HR 42 MIN 2 SEC FILM
TITLED CELEBRITIES MITCH TAEBEL AND TAYLOR SWIFT ARE GETTING
MARRIED!!!!, THE LATEST STAND-UP AND MEDIA COVERAGE COMPILATION
FULL HD 1080p HIGH QUALITY MASTER FILE ANOTHER GREATEST FILM EVER
MADE 11,600,985,742 bytes 1 HR 38 MIN 17 SEC FILM TITLED CELEBRITIES MR
MITCH TAEBEL AND DR TAYLOR SWIFT ARE OBVIOUS SOUL-MATES!!!!
ADDITIONAL 24.1 GB OF MEDIA EXHIBITS 755 FILES INCLUDING TWO
STATEMENTS MADE AT THE MONTHLY LONG BEACH TOWN COUNCIL MEETINGS
ALL FOR PUBLIC ACCESS!!!!!

DATED: MARCH 13TH 2024

MITCH TAEBEL
2020 GOLDEN GATE DR
LONG BEACH, IN 46360
(219) 346-0017

# IN THE U.S. DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

MITCH TAEBEL

V                                                    CASE No: 2:24-cv-73-JTM-JEM

TAYLOR SWIFT

### NOTICE OF MANUAL FILING

TO BE FILED ON PUBLIC DOCKET ENTRY ADDITION OF USB 3.0 SANDISK
FLASH DRIVE 128 GB WITH A FULL HD 1080p HIGH QUALITY MASTER FILE 75.1
GB OF THE GREATEST FILM EVER MADE 12 HR 59 MIN 13 SEC TITLED
CELEBRITIES MR MITCH TAEBEL AND DR TAYLOR SWIFT MUST GET MARRIED
IMMEDIATELY!!!!! (PUBLISHED ON YOUTUBE MAY 27TH 2023),  FULL HD 1080p 17
MIN 3 SEC FILM TITLED LOOKS LIKE CELEBRITIES MITCH TAEBEL AND TAYLOR
SWIFT ARE GETTING MARRIED!!!!,  FULL HD 1080p 1 HR 42 MIN 2 SEC FILM
TITLED CELEBRITIES MITCH TAEBEL AND TAYLOR SWIFT ARE GETTING
MARRIED!!!!, THE LATEST STAND-UP AND MEDIA COVERAGE COMPILATION
FULL HD 1080p HIGH QUALITY MASTER FILE ANOTHER GREATEST FILM EVER
MADE 11,600,985,742 bytes 1 HR 38 MIN 17 SEC FILM TITLED CELEBRITIES MR
MITCH TAEBEL AND DR TAYLOR SWIFT ARE OBVIOUS SOUL-MATES!!!!
ADDITIONAL 24.1 GB OF MEDIA EXHIBITES 755 FILES INCLUDING TWO
STATEMENTS MADE AT THE MONTHLY LONG BEACH TOWN COUNCIL MEETINGS
ALL FOR PUBLIC ACCESS!!!!!

DATED: MARCH 13TH 2024

MITCH TAEBEL
2020 GOLDEN GATE DR
LONG BEACH, IN 46360
(219) 346-0017

# IN THE U.S. DISTRICT COURT

## NORTHERN DISTRICT OF INDIANA

MITCH TAEBEL

V                                               Case No. 2:24cv66

JOE BIDEN

### NOTICE OF MANUAL FILING

TO BE FILED ON PUBLIC DOCKET ENTRY ADDITION OF EXHIBIT USB
FLASH DRIVE 64GB DRIVE WITH A 9HR 13 MIN FULL HD HIGH QUALITY
VIDEO FILE CELEBRITIES MR MITCH TAEBEL AND DR TAYLOR SWIFT MUST
GET MARRIED IMMEDIATELY!!!!! 61,535,158,272 bytes FOR PUBLIC ACCESS
FOR ETERNITY!!!!!!!!!

DATED: MARCH 9TH 2024

MITCH TAEBEL
2020 GOLDEN GATE DR
LONG BEACH, IN 46360
(219) 346-0017

**-FILED-**

MAR 15 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# EXHIBIT 5

EP Entertainment Partners®
an employee owned company

**EFI for TV show**

RPSG CEMEX SERVICES
2835 N. NAOMI ST., BURBANK, CA 91504

Name       MITCHELL TIMOTHY TAEBEL

Tax-ID     ***-**-2497

Prod Comp: TIME TELEPICTURES TELEVISION

Mailing    MITCHELL TIMOTHY TAEBEL
Address:   P O BOX 38071
           LOS ANGELES, CA 90028

W-2 or 1099  P O BOX 38071
Address:     LOS ANGELES, CA 90028

**Claim Filing Instr.** If you become unemployed you may be eligible for benefits. You should go to the nearest Unemployment or Dept. of Labor office.

**Documents Needed:** This check stub, record of prior claim, employment location, social security card and ID.

Unemployment Dates:
Employer: GEP CEMEX, LLC
Wage Request: 2835 N NAOMI ST
              BURBANK, CA 91504
Telephone No: (818) 955-6000
Unemployment States: CA
St Unemployment No: 292-4019-9

\* **Please Verify Address** \*
\* mail or fax corrections \*
    fax no: (818) 848-0254

| Check Date | 11/17/2010 |
| Invoice No | ECC 04240711 |
| EP Reference | C0053602/MC2832 |

**81739631**

| | State | Federal |
|---|---|---|
| Marital Status | S | S |
| Dependents | 01 | 01 |
| Additional W/H | | |

| Resident State | CA | |
| Tax Days | 1 | Work State CA |
| Vacation | None | Work Days 1 |
| | | Holiday None |

| Last Date Worked | 11/12/2010 |
| | Pay Period |
| | From 11/12/2010 |
| | To 11/12/2010 |

Union: NON-UNION
GENERAL EXTRA

### Earnings

| Descr | Rate | Hours | Amount |
|---|---|---|---|
| RES3 | 8.0000 | 8.0 | 64.00 |

### Statutory Deductions

| Descr | Amount | YTD Amount |
|---|---|---|
| FED | 3.16 | 3.16 |
| FICA-SSA | 3.97 | 3.97 |
| FICA-MED | 0.93 | 0.93 |
| RES ST CA | 0.52 | 0.52 |
| VPDI CA | 0.70 | 0.70 |

### Voluntary Deductions

| Descr | Amount | YTD Amount |
|---|---|---|
| | 0.00 | 0.00 |

| | Total | Comments: EXTRA | Total | 9.28 | 9.28 | Total | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Total Hrs/Gross | 8.0 | 64.00 | | | | | | |
| Total Net | | 54.72 | | | | | | |
| Subject FIT | | 64.00 | | | | | | |
| YTD Payments | | 64.00 | | | | | | |
| YTD Subj FIT | | 64.00 | | | | | | |

# LOS ANGELES

..., INC.   PAYROLL ACCOUNT #12   P.O. BOX 1979   BURBANK, CA 91507-1979

Employee Name: Mitchell T Taebel   For the Love of Money

Employee ID: TAEBEL2497

Check #: 55108

55108

Period : 10/31/10
Date 11/11/10

| | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Dollars | | Type | Dollars | | |
| Reg | 8.00 | 64.00 | | FWT | 0.00 | NUSMOKE | 14.00 |
| OT1 | 0.00 | | | OASDI | 4.84 | MEALPEN | 0.00 |
| OT2 | 0.00 | | | MED | 1.13 | WARDROBE | 0.00 |
| Vac | 0.00 | | | SWT | 0.00 | | |
| Sick | 0.00 | | | SDI | 0.86 | | |
| Hol | 0.00 | | | SUI | 0.00 | | |
| Comm | | | | | | | |
| Misc | | 14.00 | | | | | |
| Other | | | | | | | |
| **Gross Pay** | | 78.00 | | **Total Tax** | 6.83 | | |

Tips

78.00
0.00
0.00
0.00

78.00

-6.83
0.00

71.17

te:   Gross

78.00   FWT
OASDI

0.00   SWT
4.84   SDI
1.13   SUI

0.00
0.86
0.00

866-840-5497

# EMPIRE FILMS INC

**PAY CARD**

Check No/Batch:348086   Project: NON0014777   Date:03/30/2011

EFS * 501 Fifth Ave 3rd Floor * NYC, NY 10017 * (818) 386-0905

New Year's Eve [NYE]   Work State: NY   Start:03/14/2011   End:03/14/2011   Status: S-0   Union: NON   Empl.#: 2497   TAEBEL, M

| | |
|---|---|
| 1. Hourly: 8.00 @ 7.73 | 61.82 |
| 2. Overtime [x1.5]: 7.00 @ 11.59 | 81.14 |
| 3. DEDUCTION FED WH | 18.82 |
| 4. DEDUCTION Soc. Sec. | 6.00 |
| 5. DEDUCTION Medicare | 2.07 |
| 6. DEDUCTION NY WH | 6.43 |
| 7. DEDUCTION SDI Employee | 0.12 |
| 8. DEDUCTION CA SDI | 1.72 |

Earnings TOTAL: 142.96
Deduction TOTAL: 35.16

NET Pay: 107.80

| YTD: | | YTD Gross: | 142.96 |
|---|---|---|---|
| Fed: | 18.82 | YTD Taxable: | 142.96 |
| Soc.Sec: | 6.00 | | |
| Medi: | 2.07 | | |
| State: | 6.43 | | |
| SDI: | 1.84 | | |

Agent Comission   0.00 Totals   12.50



Employer is CAPS, Inc. 400 N. Skokie Blvd., Suite 460 Northbrook, IL 60062  FEIN #36-2492285

Inquiries call 3-5 pm CST Mon - Fri at 847-480-9752

| EN | Dept. | Emp No ******2497 | Employee Name MITCHELL T TAEBEL | Social Security No ***-**-2497 | Pay Period 03/25/2011 - 03/25/2011 | Check Date 04/07/2011 | Check No 800196867 |

| Deductions | Current Amount | YTD Amount | Deductions | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| FICA | 4.95 | 20.36 | | | |
| Medicare | 1.71 | 7.03 | | | |
| Federal W/H | 0.69 | 0.69 | | | |
| NY - State SDI | 0.59 | 1.60 | | | |
| Other YTD | | 1.99 | | | |

| | Current Amount | YTD Amount |
|---|---|---|
| Current Taxable | 118.00 | 118.00 |
| Current Non-Tax | 0.00 | 0.00 |
| Current Earnings | 118.00 | 118.00 |
| Current Deductions | 7.94 | |
| Net Pay | 110.06 | |
| YTD Taxable | | 484.80 |
| YTD Non-Tax | | 0.00 |
| YTD Earnings | | 484.80 |
| YTD Deductions | | 31.67 |
| YTD Net Pay | | 453.13 |

| Customer | Woodridge Productions, Inc "Pan Am" | Job/Trans # | 17707/42 | Work State | NY | Res State | CA |
| Job Type | 1 HOUR TELEVISION PILOT | Client Job # | | Fed Allow | 1 | State Allow | 1 |
| Job Name | PAN AM | Marital Status | Single | Pay Frequency | | WK | |
| Job Client | NON-UNION/NY | Rec Studio | | Recording City | | | |

| Work Date | Union # | Description | Units | Pen Units | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/25/2011 - 03/25/2011 | NON | EXTRA - STRAIGHT-TIME | 8.00 | 8.00 | 8.0000 | 64.00 |
| 03/25/2011 - 03/25/2011 | NON | EXTRA - TIME-AND-ONE-HALF | 4.50 | 4.50 | 12.0000 | 54.00 |

# EMPIRE
FILM • INC

**EFS * 501 Fifth Ave 3rd Floor * NYC, NY 10017 * (818) 386-0905**

Check No/Batch: 349014   NON0014867

**Project:** New Year's Eve [NYE]   **Date:** 03/30/2011   **Work State:** NY   **Start:** 03/15/2011   **End:** 03/15/2011   **Status:** S-0   **Empl.#:** 2497

**Union:** NON
TAEBEL, M

Medicare                 0.59
Federal W/H
NY - State SDI           1.99
Other YTD

## PAY CARD

| | |
|---|---|
| 1. Hourly: 8.00 @ 7.73 | 61.82 |
| 2. Overtime [x1.5]: 2.00 @ 11.59 | 23.18 |
| 3. DEDUCTION FED WH | 9.90 |
| 4. DEDUCTION Soc. Sec. | 3.57 |
| 5. DEDUCTION Medicare | 1.23 |
| 6. DEDUCTION NY WH | 2.64 |
| 7. DEDUCTION SDI Employee | 0.12 |
| 8. DEDUCTION CA SDI | 1.02 |

Earnings TOTAL:: 85.00
Deduction TOTAL:: 18.48

NET Pay: 66.52

**YTD:**

| | |
|---|---|
| Fed: | 28.72 |
| Soc. Sec: | 9.57 |
| Medi: | 3.30 |
| State: | 9.07 |
| SDI: | 2.98 |

YTD Gross: 227.96
YTD Taxable: 227.96



EMPIRE

**PAY CARD**

Check No/Batch: 358258   Project: NON0015200   Date: 04/08/2011

EFS * 501 Fifth Ave 3rd Floor * NYC, NY 10017 * (818) 386-0905

Ringer [RINGER]   Work State: NY   Start: 03/30/2011   End: 03/30/2011   Union: NON   Empl.#: 2497
TAEBEL, M

Status: S-0

1. Hourly: 8.00 @ 9.23 — 73.82
2. Overtime [x1.5]: 2.00 @ 13.84 — 27.68
3. DEDUCTION FED WH — 12.38
4. DEDUCTION Soc. Sec. — 4.26
5. DEDUCTION Medicare — 1.47
6. DEDUCTION NY WH — 3.61
7. DEDUCTION SDI Employee — 0.12
8. DEDUCTION CA SDI — 1.22

Earnings TOTAL: 101.50
Deduction TOTAL: 23.06

NET Pay: 78.44

| | Current Amount | YTD Amount | Deductions |
|---|---|---|---|
| FICA | 3.57 | 10.54 | |
| Medicare | 1.23 | 3.64 | |
| NY - State SDI | 0.43 | 0.43 | |
| Other YTD | | 1.99 | |

Social Security No. ***-**-2497

Pay Period 03/10/2011 - 03/10/2011

Check Date 03/17/2011

| | Current Amount | YTD Amount | Current Taxable | Current Non-Tax |
|---|---|---|---|---|

YTD:
Fed: 41.10
Soc.Sec: 13.83
Medi: 4.77
State: 12.68
SDI: 4.32

YTD Gross: 329.46
YTD Taxable: 329.46

'irles call
***

**Inquiries call 3-5 pm Mon-Fri PST at 310-845-9187**

**Inquiries call 3-5 pm CST Mon - Fri at 847-480-9752**

Employer is CAPS, Inc. 400 N. Skokie Blvd., Suite 460 Northbrook,IL 60062  FEIN #36-2492285

Culver City,CA 90232  FEIN #36-2492285

| Dept. | Emp No | Employee Name | Social Security No | Pay Period | Check Date | Check No |
|---|---|---|---|---|---|---|
| EN | *****2497 | MITCHELL, T TAEBEL | ***.**-2497 | 03/10/2011 - 03/10/2011 | 03/17/2011 | 800187843 |

| Deductions | Current Amount | YTD Amount | Deductions | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| FICA | 3.57 | 10.54 | Current Taxable | | 85.00 |
| Medicare | 1.23 | 3.64 | Current Non-Tax | | 0.00 |
| NY - State SDI | 0.43 | 0.43 | Current Earnings | | 85.00 |
| Other YTD | | 1.99 | Current Deductions | | 5.23 |
| | | | Net Pay | | 79.77 |
| | | | YTD Taxable | | 251.00 |
| | | | YTD Non-Tax | | 0.00 |
| | | | YTD Earnings | | 251.00 |
| | | | YTD Deductions | | 16.60 |
| | | | YTD Net Pay | | 234.40 |

| Customer | CBS PRODUCTIONS, INC. | Job/Trans # | 8245/243 | Work State | NY | Res State | CA |
|---|---|---|---|---|---|---|---|
| Job Type | ONE HOUR T.V. SERIES | Client Job # | | Fed Allow | 1 | State Allow | 1 |
| Job Name | THE GOOD WIFE | Marital Status | Single | Pay Frequency | WK | | |
| Job Client | NON-UNION/NY | Rec Studio | | Recording City | | | |

| Work Date | | Description | | Units | Pen Units | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 03/10/2011 - 03/10/2011 | NON | Union # | EXTRA - STRAIGHT-TIME | 8.00 | 8.00 | 7.7273 | 61.82 |
| 03/10/2011 - 03/10/2011 | NON | | EXTRA - TIME-AND-ONE-HALF | 2.00 | 2.00 | 11.5910 | 23.18 |

CU555   5